| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF UTAH |
| Case number *(if known)* _____  Chapter  **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Rockwell Debt Free Properties, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Rockwell Albuquerque,LLC** <br> **DBA  Rockwell Auburn Hills. LLC** <br> **DBA  Rockwell Bedford, LLC** <br> **DBA  Rockwell Birmingham, LLC** <br> **DBA  Rockwell Chesapeake, LLC** <br> **DBA  Rockwell Cicncinati, LLC** <br> **DBA  Rockwell Cleveland, LLC** <br> **DBA  Rockwell Cranberry, LLC** <br> **DBA  Rockwell Des Moines, LLC** <br> **DBA  Rockwell Dickinson, LLC** <br> **DBA  Rockwell Dublin, LLC** <br> **DBA  Rockwell Fairview, LLC** <br> **DBA  Rockwell Greensboro, LLC** <br> **DBA  Rockwell Greenville, LLC** <br> **DBA  Rockwell Indianapolis, LLC** <br> **DBA  Rockwell Jacksonville, LLC** <br> **DBA  Rockwell Kingston, LLC** <br> **DBA  Rockwell Lake Point, LLC** <br> **DBA  Rockwell Madison, LLC** <br> **DBA  Rockwell Memphis, LLC** <br> **DBA  Rockwell New Albany, LLC** <br> **DBA  Rockwell Omaha, LLC** <br> **DBA  Rockwell Puyallup, LLC** <br> **DBA  Rockwell Southfield, LLC** <br> **DBA  Rockwell Southpointe, LLC** <br> **DBA  Rockwell Toledo, LLC** <br> **DBA  Rockwell Wichita, LLC** <br> **FKA  Property Solutions, Inc.** <br> **FKA  Rockwell TIC, Inc.** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **27-1111182** |
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **8494 South 700 East, Suite 200** <br> **Sandy, UT 84070** <br> Number, Street, City, State & ZIP Code <br><br> **Salt Lake** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 1

Debtor  **Rockwell Debt Free Properties, Inc.**                                    Case number (*if known*)
          Name

5.  **Debtor's website** (URL)    **www.rockwelltic.com**

6.  **Type of debtor**    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                          ☐ Partnership (excluding LLP)
                          ☐ Other. Specify:

Debtor **Rockwell Debt Free Properties, Inc.**                                          Case number (*if known*)
            Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

Debtor _____                                Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Rockwell Debt Free Properties, Inc.**     Case number (*if known*) _____
   Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Rockwell Debt Free Properties, Inc.** Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 2, 2020**
MM / DD / YYYY

X **/s/ Christopher J. Ashby**   **Christopher J. Ashby**
Signature of authorized representative of debtor    Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Andres Diaz**   Date **September 2, 2020**
Signature of attorney for debtor    MM / DD / YYYY

**Andres Diaz 4309**
Printed name

**Diaz & Larsen**
Firm name

**307 West 200 South, Suite 3003**
**Salt Lake City, UT 84101**
Number, Street, City, State & ZIP Code

Contact phone **(801)596-1661**    Email address **courtmail@adexpresslaw.com**

**4309 UT**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Utah

In re **Rockwell Debt Free Properties, Inc.**
Debtor(s)

Case No.
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept            $ **15,000.00**
   Prior to the filing of this statement I have received  $ **15,000.00**
   Balance Due                                            $ **0.00**

2. The source of the compensation paid to me was:

   ☒ Debtor   ☒ Other (specify): **The Debtor paid $9,750 and Christopher J. Ashby paid $5,250.**

3. The source of compensation to be paid to me is:

   ☐ Debtor   ☒ Other (specify): **Christopher J. Ashby**

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and other pleadings which may be required;
   c. Representation of the debtor at the meeting of creditors, 2004 examinations and any continuances thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   a. An objection to discharge of a debt.
   b. A motion to excuse a Debtor for not appearing at a hearing.
   c. Redemption of property from a lien.
   d. "Avoiding" a lien or a motion to fix the value of a lien.
   e. Relating to an order to appear before the Court for failure to obey any order of the U.S. Bankruptcy Court.
   f. An action against a creditor alleging a violation of Section 362 or Section 524.
   g. Representing a Client to resist a motion to lift the stay.
   h. Requesting an abandonment of an asset by the Trustee.
   i. Objections to exemptions by the Trustee.
   j. An action by any party seeking a revocation or denial of discharge.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 2, 2020**
*Date*

**/s/ Andres Diaz**
**Andres Diaz 4309**
*Signature of Attorney*
**Diaz & Larsen**
**307 West 200 South, Suite 3003**
**Salt Lake City, UT 84101**
**(801)596-1661   Fax: (801) 359-6803**
**courtmail@adexpresslaw.com**
*Name of law firm*