Reid W. Lambert, #5744
**STRONG & HANNI, P.C.**
102 S. 200 E. Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7080
Email: rlambert@strongandhanni.com

Attorneys for the Unbuilt TIC Owners

| IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH | |
|---|---|
| In re: **Rockwell Debt Free Properties, Inc.** Debtor. | Case No.    20-25326 Chapter 7 Judge Kevin R. Anderson |
| **ORDER GRANTING UNBUILT TIC OWNERS' *EX PARTE* MOTION FOR 2004 EXAM AND FOR PRODUCTION OF DOCUMENTS FROM ROCKWELL DEBT FREE PROPERTIES, INC., CHRISTOPHER J. ASHBY, JORDAN S. NELSON, AND SCOTT W. BEYNON** | |

This matter came before the Court on The Unbuilt TIC Owners[1] Motion for Production

of Documents from the Debtor, Rockwell Debt Free Properties, Inc. ("Rockwell"), and from

Christopher J. Ashby ("Ashby"), Jordan S. Nelson ("Nelson"), and Scott W. Beynon ("Beynon")

---

[1] The Unbuilt TIC Owners include the tenant-in-common owners of properties located in Jacksonville, Florida; Dublin, Ohio; Independence, Ohio; and Toledo, Ohio.  A complete list of the Unbuilt TIC Owners is included with counsel's Notice of Appearance and Request for Notice filed on September 3, 2020.

1

(collectively the "Individuals") pursuant to Fed. R. Bankr. P. 2004. Based on the Motion and for good cause appearing, the Court now ORDERS as follows:

1. The Motion is granted, and the Unbuilt TIC Owners may conduct the Rule 2004 examination of Rockwell, Ashby, Nelson, and Beynon.

2. The Unbuilt TIC Owners are authorized to obtain production of documents from Rockwell, Asby, Nelson, and Beynon as requested in the Motion.

3. The Unbuilt TIC Owners are authorized to compel appearance at an examination and the production of documents by subpoena, consistent with Fed. R. Bankr. P. 2004 and 9016.

***  END OF ORDER  ***

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER GRANTING UNBUILT TIC OWNERS'** *EX PARTE* **MOTION FOR 2004 EXAM AND FOR PRODUCTION OF DOCUMENTS FROM ROCKWELL DEBT FREE PROPERTIES, INC., CHRISTOPHER J. ASHBY, JORDAN S. NELSON, AND SCOTT W. BEYNON** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system**:**

- Andres' Diaz,  courtmail@adexpresslaw.com
- Reid W. Lambert    rlambert@strongandhanni.com, tlawrence@strongandhanni.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail**: In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Rockwell Debt Free Properties, Inc.
8494 South 700 East, STE 200
Sandy, UT 84070

Scott W. Beynon
c/o Johnathan O Hafen
101 East 200 South #700
Salt Lake City, UT 84111

Jordan S. Nelson
c/o Johnathan O Hafen
101 East 200 South #700
Salt Lake City, UT 84111

Christopher Ashby
c/o Johnathan O Hafen
101 East 200 South #700
Salt Lake City, UT 84111

_____/s/_____
Tiffany Lawrence

# CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2020, I electronically filed the foregoing *proposed* **ORDER GRANTING UNBUILT TIC OWNERS' *EX PARTE* MOTION FOR 2004 EXAM AND FOR PRODUCTION OF DOCUMENTS FROM ROCKWELL DEBT FREE PROPERTIES, INC., CHRISTOPHER J. ASHBY, JORDAN S. NELSON, AND SCOTT W. BEYNON** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

- Andres' Diaz, courtmail@adexpresslaw.com
- Reid W. Lambert   rlambert@strongandhanni.com, tlawrence@strongandhanni.com
- United States Trustee   USTPRegion19.SK.ECF@usdoj.gov

I hereby certify that on September 3, 2020, I caused to be served a true and correct copy of the foregoing *proposed* **ORDER GRANTING UNBUILT TIC OWNERS' *EX PARTE* MOTION FOR 2004 EXAM AND FOR PRODUCTION OF DOCUMENTS FROM ROCKWELL DEBT FREE PROPERTIES, INC., CHRISTOPHER J. ASHBY, JORDAN S. NELSON, AND SCOTT W. BEYNON** to be sent by regular first-class United States mail, postage fully pre-paid, addressed to:

Rockwell Debt Free Properties, Inc.
8494 South 700 East, STE 200
Sandy, UT 84070

Scott W. Beynon
c/o Johnathan O Hafen
101 East 200 South #700
Salt Lake City, UT 84111

Jordan S. Nelson
c/o Johnathan O Hafen
101 East 200 South #700
Salt Lake City, UT 84111

Christopher Ashby
c/o Johnathan O Hafen
101 East 200 South #700
Salt Lake City, UT 84111

_____/s/_____
Tiffany Lawrence