**This order is SIGNED.**

**Dated: September 9, 2021**



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

kw

---

**Order Prepared and Submitted By:**
Blake D. Miller (#4090)
Deborah R. Chandler (#12057)
**ANDERSON & KARRENBERG**
50 West Broadway, Suite 700
Salt Lake City, Utah 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697
E-mail: bmiller@aklawfirm.com
E-mail: dchandler@aklawfirm.com
*Attorneys for Steven R. Bailey, Trustee*

---

### THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>ROCKWELL DEBT FREE PROPERTIES, INC.,<br><br>Debtor. | Bankruptcy Case 20-25326<br>Chapter 7<br><br>Judge Kevin R. Anderson |

### ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR NOTICE ON MOTION FOR APPROVAL TO SELL BANKRUPTCY ESTATE PROPERTY

Before the Court for ruling is the *Ex Parte Motion to Shorten Time for Notice on Motion for Approval to Sell Bankruptcy Estate Property* filed by Chapter 7 Trustee Steven R. Bailey ("Trustee") [ECF No. 65] (the "Ex Parte Motion"). The Ex Parte Motion seeks an order

shortening the notice required on Trustee's *Motion for Approval to Sell Bankruptcy Estate Property* [ECF No. 64] (the "Sale Motion").

Having considered the Ex Parte Motion and for good cause appearing, **IT IS HEREBY ORDERED** as follows:

1. The time for notice on the Sale Motion [ECF No. 64] shall be shortened to seven (7) days from the date of the mailing of the notice of hearing;

2. The objection deadline on the Sale Motion [ECF No. 64] is set for September 15, 2021 at 10:00 a.m. (Mountain Time); and

3. The hearing on the Sale Motion [ECF No. 64] is set for September 15, 2021 at 2:00 p.m. (Mountain Time).

----------------------------------------------**END OF ORDER**----------------------------------------------

- 3 -

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR NOTICE ON MOTION FOR APPROVAL TO SELL BANKRUPTCY ESTATE PROPERTY** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Steven R. Bailey tr, karen@baileylaw.org, UT06@ecfcbis.com
Deborah Rae Chandler, dchandler@aklawfirm.com
Andres' Diaz, courtmail@adexpresslaw.com
Wesley D. Felix, wfelix@felixweinberg.com
Reid W. Lambert, rlambert@strongandhanni.com, tlawrence@strongandhanni.com
Brandon C. Marx, bmarx@foley.com
Blake D. Miller, bmiller@aklawfirm.com, millermobile@gmail.com; miller.blaked@gmail.com
Brittany J Nelson, bnelson@foley.com, tscannell@foley.com, hsiagiandraughn@foley.com, acordero@foley.com
Chad S Pehrson, cpehrson@kba.law, kslade@kba.law, dschanuel@kba.law, jnishiguchi@kba.law
United States Trustee, USTPRegion19.SK.ECF@usdoj.gov
Brenda E. Weinberg, bweinberg@felixweinberg.com
**All other parties entitled to notice in this case.**

 

Deputy Clerk