Jonathan O. Hafen (6096) *jhafen@parrbrown.com*
Thomas M. Melton (4999) *tmelton@parrbrown.com*
Robert G. Wing (4445) *rwing@parrbrown.com*
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840

*Attorneys for Defendant Scott W. Beynon,*

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re<br>ROCKWELL DEBT FREE PROPERTIES, INC.,<br><br>Debtor. | Bankruptcy No. 20-25326 (KRA)<br><br>Chapter 7<br><br>Honorable Kevin R. Anderson |
| STEVEN R. BAILEY, Chapter 7 Trustee,<br><br>Plaintiff<br><br>v.<br><br>SCOTT W. BEYNON; ROGER BEYNON<br><br>Defendants. | |

**NOTICE OF MOTION AND NOTICE OF HEARING ON SCOTT W. BEYNON'S MOTION TO STAY PROCEEDING**

Objection Deadline: October 16, 2023

Hearing Date: October 30, 2023 at 1:30 p.m.

**PLEASE TAKE NOTICE** that Scott W. Beynon ("**Movant**"), a defendant in the above-captioned Debtor has filed a motion to stay these proceedings pending resolution of a parallel criminal proceeding.

4889-3496-0259

**YOUR RIGHTS MAY BE AFFECTED.  You should read the Motion carefully and discuss it with your attorney, if you have one in the bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief requested in the Motion then:

(1)  on or before **October 16, 2023**, you or your lawyer must file with the Bankruptcy Court a written objection to the Motion explaining your position at:

> United States Bankruptcy Court
> 350 South Main Street, Room 301
> Salt Lake City, UT 84101

If you mail your objection to the Bankruptcy Court for filing you must mail it early enough so that the Court will receive it on or before **October 16, 2023**.  You must also mail a copy of your objection to counsel for Movant at the following address:

> Parr Brown Gee & Loveless
> Attn: Robert G. Wing
> 101 South 200 East, Suite 700
> Salt Lake City, Utah 84111

(2)  Attend the hearing on the Motion which is set for **October 30, 2023 at 1:30 p.m. (MT)** before the Honorable Kevin R. Anderson of the United States Bankruptcy Court. The hearing will be a telephonic hearing. Parties who wish to participate in the hearing should consult the Bankruptcy Court's website at https://www.utb.uscourts.gov/teleconference-information for the most up-to-date information regarding telephonic participation at a hearing.

Join ZoomGov Meeting:

https://www.zoomgov.com/j/16030076397?pwd=R0FOYzVxYTExTllkM2NNVlIzdDdndz09
Meeting ID: 160 3007 6397
Passcode: 6001201

Failure to attend the hearing will be deemed a waiver of your objection. If you or your attorney do not take these two steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to strike the hearing and enter an order approving the Motion without hearing.

DATED this 29th of September 2023.

                          PARR BROWN, GEE & LOVELESS, P.C.

                          By: */s/ Robert G. Wing*
                                Jonathan O. Hafen
                                Thomas M. Melton
                                Robert G. Wing
                                *Attorneys for Scott W. Beynon*

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the above NOTICE OF MOTION AND NOTICE OF HEARING ON SCOTT W. BEYNON'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY was electronically filed with the Clerk of the Court through the CM/ECF system on September 29, 2023, which sent notice of the electronic filing to all counsel of record.

              *Robert G. Wing*