**[Form 730]** [Ntc of Rescheduled Hrg BK]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:

    Rockwell Debt Free Properties, Inc.
           Debtor(s).

Case No. 20–25326 KRA
Chapter 7

## NOTICE OF RESCHEDULED HEARING

NOTICE IS HEREBY GIVEN that the hearing on Motion to Stay Proceedings

in the above–entitled case previously scheduled for October 30, 2023, at 01:30 PM has been

rescheduled and shall come for hearing before the Honorable Judge Kevin R. Anderson

on October 30, 2023, at 02:30 PM

at This meeting is by Zoom. Go to, ZoomGov.com/join or call 1+(669)254–5252, Enter Meeting ID
160 3007 6397, Passcode 6001201.

Dated:October 2, 2023

David A. Sime
Clerk of Court   (119)