**Steven R. Bailey [0174]**
Chapter 7 Trustee
PO Box 1828
Layton, Utah 84041
Telephone: (801)589-8296

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH
----oo0oo----

| | |
|---|---|
| In re: : | Chapter 7 |
| ROCKWELL DEBT FREE : | |
| PROPERTIES, INC. | Case No. 20-25326 |
| : | |
| : | Judge Kevin R. Anderson |
| Debtor(s). | |

----oo0oo---
## TRUSTEE'S REPORT REGARDING SALE OF THE ESTATE's
## INTEREST IN REAL PROPERTY
----oo0oo---

Steven R. Bailey, Trustee of the estate of the above-named Debtor, hereby submits his report regarding the sale of personal property of the estate.

1.  On February 16, 2024 the Trustee filed his Notice of Hearing on Trustee's Motion for an Order Authorizing The Sale Of The Estates' Interest In The Debtors Real Property. A copy of the Notice is attached as "**Exhibit A**".

1.  By order entered March 12, 2024, the Court authorized the Trustee to sell the estate's interest in personal property described as interest in real property for the sum of $50,000.00. A copy of the Order is attached as "**Exhibit B**".

2.  The Trustee has received and deposited $50,000.00 for the purchase of the estate's interest in the real property.

DATED this 16th day of May, 2025.

_____/s_____
**STEVEN R. BAILEY**
Chapter 7 Trustee

# CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the foregoing **Trustee's Report Regarding Sale of Personal Property of the Estate** was delivered this 16th day of May, 2025 via ECF. To the U.S. Trustee's Office

_____/s/_____
Karen Bailey-Secretary

Blake D. Miller (#4090)
Deborah R. Chandler (#12057)
**ANDERSON & KARRENBERG**
50 West Broadway, Suite 600
Salt Lake City, Utah  84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697
Email: bmiller@aklawfirm.com
Email: dchandler@aklawfirm.com

Attorneys for Steven R. Bailey, Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re<br><br>ROCKWELL DEBT FREE PROPERTIES, INC.,<br><br>Debtor. | Bankruptcy No. 20-25326 (KRA)<br><br>Chapter 7<br><br>Honorable Kevin R. Anderson |

**NOTICE OF MOTION FOR 1) ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE TRUSTEE AND PURCHASER OF REAL PROPERTY FROM THE DEBTOR LOCATED IN CHESAPEAKE, VIRGINIA AND 2) APPROVAL TO SELL BANKRUPTCY ESTATE PROPERTY PURSUANT TO TERMS OF SETTLEMENT AGREEMENT
-AND-
NOTICE OF OPPORTUNITY FOR HEARING**

**(Objection Deadline:  March 5, 2024)
(Hearing Date:  March 12, 2024 at 10:30 a.m.)**

  **PLEASE TAKE NOTICE** that Steven R. Bailey, in his capacity as Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Rockwell Debt Free Properties, Inc. (the "Estate"), has filed through counsel, with the United States Bankruptcy Court for the District of Utah, a Motion for 1) Order Approving Settlement Agreement Between the Trustee and Purchaser of Real Property from the Debtor Located in Chesapeake, Virginia and 2) Approval to Sell Bankruptcy Estate Property Pursuant to Terms of Settlement Agreement (the "Motion").

  **YOUR RIGHTS MAY BE AFFECTED**.  You should read these papers carefully **and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not**

**have an attorney, you may wish to consult one.**

NO HEARING WILL BE CONDUCTED ON THE MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

PLEASE TAKE FURTHER NOTICE that the Trustee's Motion seeks court approval to sell the Estate's 10.47 % interest in certain real property located at 631 Independence Parkway, Chesapeake, VA, described as follows:

ALL THAT certain lot, piece or parcel of land, lying, situate and being in the City of Chesapeake, Virginia, and being known, numbered and designated as "PARCEL 9B-1" on the subdivision plat titled "AC# 162005-01 SUBDIVISION PLAT OF PARCEL 9B SUBDIVISION OF PARCEL 9 (M.B. 147, P.2) SUBDIVISION OF PARCEL 8, 9 AND 10 BATTLEFIELD CORPORATE CENTER (M.B. 141, P. 26) TM#0360000003730" dated December 29, 2015, revised through April 29, 2016, prepared by Rouse-Sirine Associates, Ltd., and recorded in the Office of the Clerk of the Circuit Court of the City of Chesapeake, Virginia (the "Clerk's Office") in Map Book 00162, at Pages 0008-0009.

IT BEING a portion of the same property conveyed to ROCKWELL CHESAPEAKE, LLC, a Utah limited liability company from INTERSTATE LAND, L.C. a Virginia limited liability company, by deed dated May 26, 2016, and recorded in the Clerk's Office of the Circuit Court for the City of Chesapeake, Virginia, in Deed Book 09657, at Pages 1820-1824.

The purchaser of the Real Property is Frederic Gregory, a third-party, who has no prior relationship with the Trustee. The purchase price for the Real Property is Fifty-Five Thousand Dollars ($55,000.00).

The Motion is on file with the Clerk of the Bankruptcy Court. A copy of the Motion and any supporting materials may be obtained by contacting Deborah R. Chandler, bankruptcy counsel for the Trustee by telephone at (801) 534-1700 or by email at dchandler@aklawfirm.com.

If you do not want the Court to grant the relief requested in the Motion, then you or your attorney must take the following two steps:

**(1)** On or before **March 5, 2024**, file with the Bankruptcy Court a written Objection explaining your position. Your written objection must be filed electronically, by mail, or by hand–delivery at:

> United States Bankruptcy Court
> 350 South Main Street, Room 301
> Salt Lake City, UT 84101

If you mail your objection to the Bankruptcy Court for filing, it must be deposited in the U.S. Mail in sufficient time for it to be **received** by the Court on or before **March**

**5, 2024.** You must also mail a copy to the undersigned counsel at

> Blake D. Miller
> Deborah R. Chandler
> **Anderson & Karrenberg**
> 50 West Broadway, Suite 600
> Salt Lake City, Utah 84101

**(2)** Attend a hearing on **March 12, 2024 at 10:30 a.m. MST.** This hearing will be held by Zoom. Parties should log in to Zoom at www.zoomgov.com at least ten (10) minutes before the scheduled time for the hearing.

Meeting ID and Passcode for Judge Kevin R. Anderson are as follows:

Meeting ID: 160 3007 6397; Passcode: 6001201

Parties who wish to participate in the hearing should consult the Bankruptcy Court's website at https://www.utb.uscourts.gov/court-hearings-be-conducted-zoom for the most up-to-date information regarding telephonic participation at a hearing.

**There will be no further notice of the hearing** and failure to attend the hearing will be deemed a waiver of your objection.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested. In the absence of a timely filed response to the Motion, the undersigned counsel may and will ask the Court to enter an order approving the Motion without hearing.

DATED: February 16, 2024.

                                              **ANDERSON & KARRENBERG**

                                              /s/ *Deborah R. Chandler*
                                              Deborah R. Chandler
                                              Blake D. Miller
                                              Attorneys for Steven R. Bailey, Trustee

## CERTIFICATE OF SERVICE

      I certify that on February 16, 2024, I electronically filed the foregoing Motion for 1) Order Approving Settlement Agreement Between the Trustee and Purchaser of Real Property from the Debtor Located in Chesapeake, Virginia and 2) Approval to Sell Bankruptcy Estate Property Pursuant to Terms of Settlement Agreement and Notice of Opportunity for Hearing with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

Steven R. Bailey tr, karen@baileylaw.org, UT06@ecfcbis.com
Deborah Rae Chandler, dchandler@aklawfirm.com
Andres' Diaz, courtmail@adexpresslaw.com
Wesley D. Felix, wfelix@felixweinberg.com
Reid W. Lambert, rlambert@strongandhanni.com, tlawrence@strongandhanni.com
Brandon C. Marx, bmarx@foley.com
Blake D. Miller, bmiller@aklawfirm.com, millermobile@gmail.com; miller.blaked@gmail.com
Brittany J Nelson, bnelson@foley.com, tscannell@foley.com, hsiagiandraughn@foley.com, acordero@foley.com
Chad S Pehrson, cpehrson@kba.law, kslade@kba.law, dschanuel@kba.law, jnishiguchi@kba.law
United States Trustee, USTPRegion19.SK.ECF@usdoj.gov
Brenda E. Weinberg, bweinberg@felixweinberg.com

The creditors and parties listed on the mailing matrix as of February 16, attached as Exhibit "A" were served by mail.

                                                        /s/ *Yvonne Mahoney*

# Exhibit "A"

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 20-25326<br>District of Utah<br>Salt Lake City<br>Fri Feb 16 14:27:07 MST 2024 | 11 Crowley Street, LLC<br>Attn: Elizabeth Fischer<br>c/o Strong and Hanni, P.C.<br>102 South 200 East, STE 800<br>Salt Lake City, UT 84111-3110 | Alan and Alma Seshiki<br>Trustees of 2016 Seshiki Family Trust<br>c/o Strong & Hanni, P.C.<br>102 S 200 E, Ste. 800<br>Salt Lake City, UT 84111-3110 |
| Ambleside Park, Inc.<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 | Amfil Realty, LLC<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 | Anson and Genevieve Smith<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 |
| BP412, LLC<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 | Steven R. Bailey tr<br>Steven R. Bailey, Attorney at Law<br>P.O. Box 1828<br>Layton, UT 84041-6821 | Dennis G. Bengtson<br>c/o George Hofmann<br>111 E Broadway, 11th Floor<br>Salt Lake City, UT 84111-5238 |
| Bernie Bromberg<br>Trustee of the Bromberg Trust<br>Strong & Hanni, 102 S 200 E, Ste 800<br>Salt Lake City, UT 84111-3110 | Blush Property, LLC<br>c/o Felix Weinberg<br>68 S. Main Street, Suite 800<br>Salt Lake City, UT 84101-1504 | Bromberg Trust<br>Bernard J. Bromberg, Trustee<br>4136 Picasso Avenue<br>Woodland Hills, CA 91364-5357 |
| Bruce I. Rose & Maureen Rose<br>c/o Felix Weinberg<br>68 S. Main Street, Suite 800<br>Salt Lake City, UT 84101-1504 | Bruce Rose/Rose Family Trust<br>c/o Foley Gardere/Foley Lardner, LLP<br>2021 McKinney Ave., Suite 1600<br>Dallas, TX 75201-3340 | Camac, Inc.<br>c/o Felix Weinberg<br>68 S. Main Street, Suite 800<br>Salt Lake City, UT 84101-1504 |
| Neffo T. Cappuccio<br>c/o George Hofmann<br>111 E Broadway, 11th Floor<br>Salt Lake City, UT 84111-5238 | Raffaele A. Cappuccio<br>c/o George Hofmann<br>111 E Broadway, 11th Floor<br>Salt Lake City, UT 84111-5238 | Carl A. & Donna M. Lillmars<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 |
| Deborah Rae Chandler<br>Anderson & Karrenberg<br>50 West Broadway<br>Ste. 600<br>Salt Lake City, UT 84101-2039 | Christopher C. Fucci<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 | Christopher J. Ashby<br>183 East 8135 South<br>Sandy, UT 84070-5504 |
| Joseph M.R. Covey<br>Parr Brown Gee & Loveless<br>101 South 200 East<br>Suite 700<br>Salt Lake City, UT 84111-3105 | Craig A. Cousins<br>Trustee of Craig A. Cousins Trust<br>Strong & Hanni, P.C.<br>102 South 200 East, Ste 800<br>Salt Lake City, UT 84111-3110 | Craig A. Cousins/Counsins Trust<br>Foley Gardere/Foley Lardner, LLP<br>2021 McKinney Ave., Suite 1600<br>Dallas, TX 75201-3340 |
| Cynthia A. Wolz<br>c/o Foley Gardere/Foley Lardner, LLP<br>2021 McKinney Ave., Suite 1600<br>Dallas, TX 75201-3340 | Dana Barron<br>2633 Lincoln Blvd., #215<br>Santa Monica, CA 90405-4619 | Daniel J. Dion Revocable Trust dated October<br>c/o George Hofmann<br>111 E Broadway, 11th Floor<br>Salt Lake City, UT 84111-5238 |
| David A. Burger and Marilyn M. Burger<br>c/o Strong and Hanni, P.C.<br>102 South 200 East, STE 800<br>Salt Lake City, UT 84111-3110 | Debra A. LaRoza<br>c/o Felix Weinberg<br>68 S. Main Street, Suite 800<br>Salt Lake City, UT 84101-1504 | Andres' Diaz<br>Diaz & Larsen<br>757 East South Temple<br>Suite 201<br>Salt Lake City, UT 84102-1226 |

| | | |
|---|---|---|
| Daniel J. Dion, Trustee<br>c/o George Hofmann<br>111 E Broadway, 11th Floor<br>Sat Lake City, UT 84111-5238 | Donald P. and Rosemary B. Smith<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 | Jody L. Dorius<br>c/o George Hofmann<br>111 E Broadway, 11th Floor<br>Salt Lake City, UT 84111-5238 |
| Todd J. Dorius<br>c/o George Hofmann<br>111 E Broadway, 11th Floor<br>Salt Lake City, UT 84111-5238 | Douglas S. Peterson<br>4036 South 900 West<br>Riverdale, UT 84405-2696 | E&H Jackson, LLC<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 |
| EC9 Holdings, LLC<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 | Edward Hennessey<br>c/o Felix Weinberg<br>68 S. Main Street, Suite 800<br>Salt Lake City, UT 84101-1504 | Edward Hennessy 2001 Revocable Trust<br>c/o Felix Weinberg<br>68 S. Main Street, Suite 800<br>Salt Lake City, UT 84101-1504 |
| Eldridge Holdings TOO LLC<br>c/o Morgan Powell, Manager<br>777 West End Ave., 7A<br>New York, NY 10025-5551 | Eldridge Holdings Too, LLC<br>c/o Foley Gardere/Folery Lardner, LLP<br>2021 McKinney Ave., Suite 1600<br>Dallas, TX 75201-3340 | Wesley D. Felix<br>Felix Weinberg PLLC<br>1355 S. Canterburry Drive<br>Salt Lake City, UT 84108-2828 |
| Fred Jacob/Fred Jacob Living Trust<br>c/o Felix Weinberg<br>68 S. Main Street, Suite 800<br>Salt Lake City, UT 84101-1504 | G. Scott Coleman<br>Trustee of G. Scott Coleman Trust<br>Strong & Hanni, 102 S 200 E, Ste 800<br>Salt Lake City, UT 84111 | Gary R. Neil<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 |
| Gator I Properties, Inc.<br>c/o George Hofmann<br>111 E Broadway, 11th Floor<br>Salt Lake City, UT 84111-5238 | Gertraude Winkler<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 | Charles H. Gilliam<br>c/o George Hofmann<br>111 E Broadway, 11th Floor<br>Salt Lake City, UT 84111-5238 |
| Tonya L. Gilliam<br>c/o George Hofmann<br>111 E Brodway, 11th Floor<br>Salt Lake City, UT 84111-5238 | Goffstown Horizon Properties, LLC<br>c/o George Hofmann<br>111 E Broadway, 11th Floor<br>Salt Lake City, UT 84111-5238 | Harvey A. Paul<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 |
| Henry Noah's Dublin, LLC<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 | Henryk Sarat<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 | George B. Hofmann<br>Cohne Kinghorn PC<br>111 East Broadway<br>11th Floor<br>Salt Lake City, UT 84111-5238 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Ivy S. Fasko<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 | J&J Real Estate Investments, LLC<br>Foley Gardere/Foley Lardner, LLP<br>2021 McKinney Ave., Suite 1600<br>Dallas, TX 75201-3340 |
| J.W. Richen Trust (8/28/92)<br>Attn: Jospeh Richen<br>c/o Strong and Hanni, P.C.<br>102 South 200 East STE 800<br>Salt Lake City, UT 84111-3110 | J.W. Richen, Trustee or his successors in tr<br>c/o George Hofmann<br>111 E Broadway, 11th Floor<br>Salt Lake City, UT 84111-5238 | JDB Holdings, LLC<br>c/o Jim Bouzianis<br>14 Goss Road<br>North Hampton, NH 03862-2044 |

| | | |
|---|---|---|
| Fred Jacob, Trustee<br>c/o George Hofmann<br>111 E Broadway, 11th Floor<br>Salt Lake City, UT 84111-5238 | Jean M. Bonetti<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 | Jean Pierre & Jennifer Samson<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 |
| John Michael Lalli, III<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 | John T. Barnett & Patricia A. Barnett<br>c/o Foley Gardere/Foley Lardner, LLP<br>2021 McKinney Ave., Suite 1600<br>Dallas, TX 75201-3340 | Jordan S. Nelson<br>193 East 8135 South<br>Sandy, UT 84070-5504 |
| Josie & Barney Addamo<br>Trustees of Addamo 12/9/04 Family Trust<br>Strong & Hanni, 102 S 200 E, Ste 800<br>Salt Lake City, UT 84111-3110 | Judy Hendrix<br>Trustee of the Hendrix Living Trust<br>Strong & Hanni 102 S 200 E, Ste. 800<br>Salt Lake City, UT 84111-3110 | Kathie Muhler Revocable Trust<br>Kathie Muhler, Trustee<br>851 Burlway Road, Suite 600<br>Burlingame, CA 94010-1715 |
| Keith E. King<br>P.O. Box 403<br>Pleasant Grove, UT 84062-0403 | Kent S. Seymour and Donna G. Seymour Family<br>24 Eagle Drive<br>Novato, CA 94949-5829 | Kent Seymour/Seymour Family Trust<br>c/o Foley Gardere/Foley Lardner, LLP<br>2021 McKinney Ave., Suite 1600<br>Dallas, TX 75201-3340 |
| Reid W. Lambert<br>Strong and Hanni P.C.<br>102 South 200 East<br>Suite 800<br>Salt Lake City, UT 84111-3110 | Lawrence H. Talbott & Russell M. Talbott<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 | Liem Quang Le<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 |
| Linda & Martin Tierney<br>Trustees of Tierney Revoc. Living Trust<br>Strong & Hanni, 102 S 200 E, Ste 800<br>Salt Lake City, UT 84111-3110 | Lisa A. Storey Revocable Living Trust of 201<br>c/o George Hofmann<br>111 E Broadway, 11th Floor<br>Salt Lake City, UT 84111-5238 | Luann Properties, LLC<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 |
| MDB Ventures LLC<br>c/o Mark Bouzianis<br>37 Bassett Lane<br>Newfields, NH 03856-8226 | Brandon C. Marx<br>Foley & Lardner LLP<br>2021 McKinney Avenue<br>Suite 1600<br>Dallas, TX 75201-3340 | Maxon-Multiline, LLC<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 |
| Merle L. Steinman, Jr.<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 | Michael & Linda DiGiacomo<br>Michael DiGiacomo & Linda DiGiacomo Trus<br>c/o Strong and Hanni, P.C.<br>102 South 200 East, STE 800<br>Salt Lake City, UT 84111-3110 | Blake D. Miller<br>Anderson & Karrenberg<br>50 West Broadway, Suite 700<br>Salt Lake City, UT 84101-2020 |
| Gil Miller<br>Rocky Mountain Advisory<br>215 South State Street Ste 550<br>Salt Lake City, UT 84111-2356 | Brittany J Nelson<br>Foley & Lardner LLP<br>3000 K Street NW<br>Washington, DC 20007-5143 | Nina D. Johannessen Living Trust<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 |
| Noah Corporation<br>PO Box 1289<br>Riverton, UT 84065-1289 | Noah Rockwell LLC<br>c/o Mary Seto<br>334 Broome St. Apt. 7<br>New York, NY 10002-2838 | Norman L and Armenay Faye Merritt<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 |

```
Oak Hill Management                 Oak Hill Management, Inc           Donald P. Olshove, Trustee
c/o Strong and Hanni, P.C.          c/o Christensen & Jensen            c/o George Hofmann
102 South 200 East, STE 800         257 East 200 South, Suite 1100      111 E Broadway, 11th Floor
Salt Lake City, UT 84111-3110       Salt Lake City, UT 84111-2047       Salt Lake City, UT 84111-5238


Gwen R. Olshove, Trustee            Paramount Event Venue, LLC          Paul & Louis Zambito
c/o George Hofmann                  Attn: Steven G. Nienaber, Manager   Trustee of Joseph Grace Zambito Trust
111 E Broadway, 11th Floor          5430 North 107th Street             Strong & Hanni, 102 S 200 E, Ste 800
Salt Lake City, UT 84111-5238       Kansas City, KS 66109-3942          Salt Lake City, UT 84111-3110


Chad S Pehrson                      Peter Boli                          Prudence and Timothy Maxon
Kunzler Bean & Adamson, PC          Trustee of Boli Family Trust        c/o Strong & Hanni
50 W. Broadway                      c/o Strong & Hanni, P.C.            102 South 200 East, Suite 800
Suite 1000                          102 S 200 E, Ste. 800               Salt Lake City, UT 84111-3110
Salt Lake City, UT 84101-2005       Salt Lake City, UT 84111-3110


R&J Steck Investments, LLC          R.B. Professional Properties, L.P.  R.P. Associates, LC
c/o Strong & Hanni                  c/o George Hofmann                  c/o Cutler & Riley
102 South 200 East, Suite 800       111 E Broadway, 11th Floor          668 E 12225 S, Ste. 204
Salt Lake City, UT 84111-3110       Salt Lake City, UT 84111-5238       Draper, UT 84020-8385


Raka Properties, LLC                Jarvis B Rasmussen                  Renewal Properties, LLC
Paul A. Rake                        c/o George Hofmann                  c/o George Hofmann
39 HIllcrest RD                     111 E Broadway, 11th Floor          111 E Broadway, 11th Floor
Portage IN 46368-1077               Salt Lake City, UT 84111-5238       Salt Lake City, UT 84111-5238


Richard and Susan Harder Living Trust  Rock Noah OH, LLC                (p)ROCKWELL DEBT FREE PROPERTIES  INC
c/o Strong & Hanni                     c/o Strong & Hanni, P.C.         8494 S 700 E STE 200
102 South 200 East, Suite 800          102 South 200 East, Suite 800    SANDY UT 84070-0556
Salt Lake City, UT 84111-3110          Salt Lake City, UT 84111-3110


Ronald D. Hubbard                   Rosa DiTucci                        Ross R. and Linda M. Greco
Emily Ann Hubbard                   c/o Felix Weinberg                  c/o Strong & Hanni
16061 Avenida Venusto W302          68 S. Main Street, Suite 800        102 South 200 East, Suite 800
San Diego CA 92128-3222             Salt Lake City, UT 84101-1504       Salt Lake City, UT 84111-3110


Jeffrey W Rudy                      Russell Hertrich                    Ryan V. and Alena C. Andreasen
Pinnacle Real Estate Services LLC   The Russell Hertrich Revocable Trust c/o Strong & Hanni
9708 Bayberry Lane                  c/o Felix Weinberg                  102 South 200 East, Suite 800
North Royalton, OH 44133-3162       68 S. Main St. Ste. 800             Salt Lake City, UT 84111-3110
                                    Salt Lake City, UT 84101-1504


Sanford & Helaine Roberts           Scott W. Beynon                     Mary Jo Sleeper
H. Roberts Trust/S Roberts Trust    1767 Sunset Pointe Circle           c/o George Hofmann
c/o Felix Weinberg,                 Kaysville, UT 84037-6727            111 E Broadway, 11th Floor
68 S. Main, Ste. 800                                                    Salt Lake City, UT 84111-5238
Salt Lake City, UT 84101-1504


Spiritus Revocable Trust            Steven LaRoza                       Lisa A. Storey, Trustee
Eugene & Susan Spiritus             c/o Felix Weinberg                  c/o George Hofmann
Strong & Hanni, 102 S 200 E, Ste 800 68 S. Main Street, Suite 800       111 E Broadway, 11th Floor
Salt Lake City, UT 84111-3110       Salt Lake City, UT 84101-1504       Salt Lake City, UT 84111-5238
```

| | | |
|---|---|---|
| (p)TYTANIUM 4  LLC   TOM COLEMAN<br>4210 PRAIRIEWEST DR<br>CHAMPAIGN IL 61822-8713 | The Donald Paul Olshove and Gwendolyn Rae Ol<br>c/o George Hofmann<br>111 E Broadway, 11th Floor<br>Salt Lake City, UT 84111-5238 | The Fisher Investments Family Limited Partne<br>c/o George Hofmann<br>111 E Broadway, 11th Floor<br>Salt Lake City, UT 84111-5238 |
| The Fred Jacob Living Trust, dated January 1<br>c/o George Hofmann<br>111 E Broadway, 11th Floor<br>Salt Lake City, UT 84111-5238 | The Lowell S. & Kathleen S. Peterson<br>Intervivos Trust<br>c/o D. Peterson<br>4028 South 850 West<br>Riverdale, UT 84405-2679 | The Real Mint, LLC<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 |
| Theodore and Dena A. Keith<br>c/o Strong & Hani<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 | Thomas B. Tarbet<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 | Thomas E. Funk<br>Trustee of Stephen W. Funk T/U/A<br>Strong & Hanni 102 S 200 E, Ste. 800<br>Salt Lake City, UT 84111-3110 |
| Toot, Inc.<br>c/o Edward Geither<br>8501 West 113th Street<br>Overland Park, KS 66210-2439 | Town & Campus, Inc.<br>Foley Gardere/Foley Lardner, LLP<br>2021 McKinney Ave., Suite 1600<br>Dallas, TX 75201-3340 | Tracy L. Adame<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 |
| United States Trustee<br>Washington Federal Bank Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 | Utah State Tax Commission<br>Attn: Bankruptcy Unit<br>210 North 1950 West<br>Salt Lake City, UT 84134-9000 | Attilio Valente<br>c/o George Hofmann<br>111 E Broadway, 11th Floor<br>Salt Lake City, UT 84111-5238 |
| Terri Valente<br>c/o George Hofmann<br>111 E Broadway, 11th Floor<br>Salt Lake City, UT 84111-5238 | Victor M. Szurgot and<br>Linda J. Szurgot, Trustees<br>1590 Spyglass Circle<br>Chesterton, IN 46304-3394 | Voynovich Ventures, LTD<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 |
| W. Mark McKoy<br>Trustee of the W. Mark McKoy Irre. Trust<br>Strong & Hanni, 102 S 200 E, Ste 800<br>Salt Lake City, UT 84111-3110 | Brenda E. Weinberg<br>Felix Weinberg, PLLC<br>68 South Main Street<br>Suite 800<br>Salt Lake City, UT 84101-1504 | William B. Maloney<br>P.O. Box 131<br>Alder, MT 59710-0131 |
| William G. and Susan W. Wright<br>c/o Strong & Hanni<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111-3110 | Dana L. Winchester<br>c/o George Hofmann<br>111 E Broadway, 11th Floor<br>Salt Lake City, UT 84111-5238 | Robert G. Wing<br>Parr Brown Gee & Loveless<br>101 South 200 East<br>Suite 700<br>Salt Lake City, UT 84111-3105 |
| Xenocorp, LLC<br>c/o Foley & Gardere/Foley & Lardner, LLP<br>2021 McKinney Ave., Suite 1600<br>Dallas, TX 75201-3340 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS Special Procedures<br>50 S. 200 East<br>Mail Stop 5021<br>Salt Lake City, UT 84111 | Rockwell Debt Free Properties, Inc<br>8494 South 700 East, Suite 200<br>Sandy, UT 84070 | TYtanium 4, LLC<br>c/o Thomas Coleman<br>4210 Prairiewest Drive<br>Champaign, IL 61822 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Christopher J Ashby | (d)Steven R. Bailey tr<br>Steven R. Bailey, Attorney at Law<br>P.O. Box 1828<br>Layton, UT 84041-6821 | (u)Scott W Beynon |
| (u)Wesley Felix | (u)Merny & Isabel Schwartz | (u)Miller RSC 09 Trust |
| (u)Jordan S Nelson | (u)Philip and Margaret McReynolds | (u)Plano TIC Owners |
| (u)Unbuilt TIC Owners | End of Label Matrix<br>Mailable recipients   144<br>Bypassed recipients    10<br>Total                 154 | |

**This order is SIGNED.**

**Dated: March 12, 2024**



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

rdr

*Order Prepared and Submitted By:*
Blake D. Miller (#4090)
Deborah R. Chandler (#12057)
**ANDERSON & KARRENBERG**
50 West Broadway, Suite 600
Salt Lake City, Utah 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697
E-mail: bmiller@aklawfirm.com
E-mail: dchandler@aklawfirm.com

*Attorneys for Steven R. Bailey, Trustee*

### THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In re:<br><br>ROCKWELL DEBT FREE PROPERTIES, INC.,<br><br>Debtor. | Bankruptcy Case 20-25326<br>Chapter 7<br><br>Judge Kevin R. Anderson |
|---|---|

### ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE TRUSTEE AND PURCHASER OF REAL PROPERTY FROM THE DEBTOR LOCATED IN CHESAPEAKE, VIRGINIA AND AUTHORIZING SALE OF BANKRUPTCY ESTATE PROPERTY PURSUANT TO TERMS OF SETTLEMENT AGREEMENT

Before the Court is Trustee Steven R. Bailey's ("Trustee") Motion for Order 1)

Approving Settlement Agreement Between the Trustee and Purchaser of Real Property from the

Debtor Located in Chesapeake, VA, and 2) Approval to Sell Bankruptcy Estate Property

{00626238.DOCX / 2}

Pursuant to Terms of Settlement Agreement [ECF No. 158] (the "Motion"). The Motion seeks the Court's approval of Trustee's decision to sell the estate's 10.475% interest in real property located in Chesapeake, VA, (the "Real Property"), described as follows:

ALL THAT certain lot, piece or parcel of land, lying, situate and being in the City of Chesapeake, Virginia, and being known, numbered and designated as "PARCEL 9B-1" on the subdivision plat titled "AC# 162005-01 SUBDIVISION PLAT OF PARCEL 9B SUBDIVISION OF PARCEL 9 (M.B. 147, P.2) SUBDIVISION OF PARCEL 8, 9 AND 10 BATTLEFIELD CORPORATE CENTER (M.B. 141, P. 26) TM#0360000003730" dated December 29, 2015, revised through April 29, 2016, prepared by Rouse-Sirine Associates, Ltd., and recorded in the Office of the Clerk of the Circuit Court of the City of Chesapeake, Virginia (the "Clerk's Office") in Map Book 00162, at Pages 0008-0009.

IT BEING a portion of the same property conveyed to ROCKWELL CHESAPEAKE, LLC, a Utah limited liability company from INTERSTATE LAND, L.C. a Virginia limited liability company, by deed dated May 26, 2016, and recorded in the Clerk's Office of the Circuit Court for the City of Chesapeake, Virginia, in Deed Book 09657, at Pages 1820-1824.

On February 16, 2024, Trustee filed the Motion along with a notice of hearing on the Motion [ECF No. 159] (the "Notice of Hearing"). On February 16, 2024, the Notice of Hearing was served by first-class mail on all parties-in-interest as identified on the mailing matrix associated with this bankruptcy case. *See id*. The Notice of Hearing provided notice to parties-in-interest that in the absence of an objection filed no later than March 5, 2024, the hearing scheduled for March 12, 2024 at 10:30 a.m. may not be held and an order approving the Motion may be entered without a hearing. *Id.* No objection or response to the Motion was filed before the objection deadline.

The Court has reviewed the Motion, the Notice of Hearing, and all other documents submitted in this matter. Having received no objection to the Motion or the Notice of Hearing, notice being proper, the Court hereby **FINDS AND CONCLUDES**[1] as follows:

A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

B. This matter is a core proceeding pursuant to 28 U.S.C. § 157;

C. There has been adequate and reasonable notice to interested parties including full disclosure of the sale terms and any relationship with the Purchaser[2];

D. The legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

E. Trustee's decision to sell the Real Property on the terms more particularly described in the Motion and as authorized below, is based upon sound business reasons;

F. The terms and conditions that the Trustee proposes for the sale of the Real Property are fair and reasonable; and

G. The proposed sale is to good faith purchaser within the meaning of 11 U.S.C. § 363(m).

WHEREFORE, based upon the Motion, the foregoing findings and conclusions and other matters of record, and good cause appearing, it hereby is **ORDERED** that:

1. The Motion is **GRANTED**;

---

[1] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. Fed. R. Bankr. P. 7052.
[2] All capitalized terms not defined herein shall have the same meanings as set forth in the Motion.

2. Pursuant to 11 U.S.C. § 363 Trustee shall be, and hereby is, authorized to sell the estate's 10.47% interest in the Real Property to the Purchaser for $50,000.00.

3. The Trustee is authorized and directed upon receipt of the Sale Amount to execute the Deed and deliver it to counsel for the Purchaser.

4. From and after entry of this Order the Trustee will reasonably cooperate with the Purchaser to the extent necessary to correct any minor typographical errors or other minor problems to effectuate the Purchaser's interest in the Real Property and the recording of an appropriate deed, which may be in addition to the Deed for these purposes. The cooperation required by this paragraph shall be at no cost to the Trustee.

5. Trustee may proceed with the sale of the Real Property as set forth in the Motion.

6. The transactions contemplated by the Motion are undertaken by the Purchaser in good faith, as that term is used in Bankruptcy Code § 363(m), and accordingly, the reversal or modification on appeal of the authorization provided herein to consummate the Deed shall not affect the validity of the sale to the Purchaser, unless such authorization is duly stayed pending such appeal prior to the execution of the Deed. The Purchaser is a purchaser in good faith of the Real Property, entitled to all of the protections afforded by Bankruptcy Code 363(m).

16. For cause shown, the 14-day stay otherwise applicable under Bankruptcy Rule 6004(h) is hereby waived; this Order is effective immediately upon its entry and the Trustee is authorized and directed to immediately execute and deliver the Deed.

-------------------------------------------END OF ORDER-----------------------------------------

# DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE TRUSTEE AND PURCHASER OF REAL PROPERTY FROM THE DEBTOR LOCATED IN CHESAPEAKE, VIRGINIA AND AUTHORIZING SALE OF BANKRUPTCY ESTATE PROPERTY PURSUANT TO TERMS OF SETTLEMENT AGREEMENT** shall be served to the parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Steven R. Bailey tr, karen@baileylaw.org, UT06@ecfcbis.com
Deborah Rae Chandler, dchandler@aklawfirm.com
Andres' Diaz, courtmail@adexpresslaw.com
Wesley D. Felix, wfelix@felixweinberg.com
Reid W. Lambert, rlambert@strongandhanni.com, tlawrence@strongandhanni.com
Brandon C. Marx, bmarx@foley.com
Blake D. Miller, bmiller@aklawfirm.com, millermobile@gmail.com, miller.blaked@gmail.com
Brittany J Nelson, bnelson@foley.com, tscannell@foley.com, hsiagiandraughn@foley.com, acordero@foley.com
Chad S Pehrson, cpehrson@kba.law, kslade@kba.law, dschanuel@kba.law, jnishiguchi@kba.law
United States Trustee, USTPRegion19.SK.ECF@usdoj.gov
Brenda E. Weinberg, bweinberg@felixweinberg.com

All other parties entitled to notice in this case.

By U.S. Mail: In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R.Civ.P.5(b):

All parties on the matrix.

_____
Deputy Clerk

4866-1900-4988, v. 3