Steven W. Call (5260)
Mel Jones-Cannon (19286)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Email: scall@rqn.com

*Attorneys for Westminster TIC Owners*

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy Case No. 20-25326 |
| ROCKWELL DEBT FREE PROPERTIES, INC. | (Chapter 7) |
| Debtor. | Hon. Kevin R. Anderson |

---

## WESTMINSTER CLAIMANTS' OBJECTION TO AND RESPONSE TO UNBUILT OWNERS' OBJECTION TO TRUSTEE'S FINAL REPORT

COME NOW unsecured claimants Dana Barron, an individual;  Victor M. Szurgot, Jr., as

Trustee of the Victor M. Szurgot, Jr. Grantor Trust dated Sept. 24, 1992, and Linda J. Szurgot, as

Trustee of the Linda J. Szurgot Grantor Trust dated Sept. 24, 1992;  Keith E. King, an individual;

Tytanium 4, LLC, an Illinois limited liability company;   William B. Maloney, an individual;

Douglas S. Peterson, an individual;  Kathleen S. Peterson and Douglas S. Peterson, as Trustees of

The Lowell S. & Kathleen S. Peterson Intervivos Trust;  Toot, Inc., a Kansas corporation;  MDB

Ventures LLC, a New Hampshire limited liability company;   JDB Holdings LLC, a New

Hampshire limited liability company;  Kent S. Seymour, as Trustee of Kent S. Seymour and Donna

G. Seymour Family Trust;  Kathie Muhler, as Trustee of The Kathie Muhler Revocable Trust UTD December 5, 2006;  Noah Rockwell LLC, a Colorado limited liability company;  and Eledridge Holding Too LLC, a New York limited liability company (collectively the "**Westminster Claimants**") by and through their counsel, to object to and respond to the improper relief sought by the Unbuilt Owners' Objection to the Trustee's Final Report (the "**Unbuilt Owners' Objection**").[1]

<h2 align="center">SPECIFIC RELIEF REQUESTED</h2>

The Westminster Claimants object to the Unbuilt Owners' Objection, which seeks equitable relief allowing untimely filed proof of claims to receive payment, and request that the Unbuilt Owners' Objection be disregarded. In the alternative, the Westminster Claimants request that the Unbuilt Owners' requested equitable relief be denied.

<h2 align="center">GROUNDS IN SUPPORT OF THE REQUESTED RELIEF</h2>

The Unbuilt Owners' Objection, which objects to the Trustee's Final Report and seeks equitable relief on the improper grounds that the Unbuilt Owners relied on a court notice, is procedurally improper. Despite the clear language in the Federal Rules of Bankruptcy Procedure ("**Fed. R. Bankr. P.**") 9014, 9013, 3002(c)(7), and Local Rules of Practice of the U.S. Bankruptcy Court for the District of Utah ("**Local Rule**") 9013 which require a creditor file a motion to extend the proof of claims bar date, here Unbuilt Owners never filed a motion seeking an extension of the deadline for filing proof of claims.

Furthermore, even if a motion had been filed, there is no basis for relief because the Unbuilt Owners had more than sufficient time to file their proof of claims. Fed. R. Bankr. P. 9006(b)(3)

---

[1] Unbuilt tenant-in-common Owners are hereinafter referred to as the "**Unbuilt Owners**"

does not allow the extension of time on grounds other than those set out in Rule 3002, and those grounds do not apply.

## STATEMENT OF FACTS

1.      On September 2, 2020, Rockwell Debt Free Properties, Inc. commenced the above-captioned case by filing a voluntary petition under chapter 7 of the Bankruptcy Code (the "**Case**").

2.      On September 3, 2020, Reid W. Lambert ("**Lambert**" or "**Unbuilt Owners Counsel**") made an appearance as counsel for the Unbuilt Owners. Dkt. No. 3, and started receiving ECF notices as late as September 4, 2020.

3.      About a month later, on October 7, 2020, the Chapter 7 Trustee, Steven R. Bailey (the "**Trustee**"), entered the following text on the docket: "Trustee's Request for Creditors to File Claims filed by Trustee. Proofs of Claims due by 1/7/2021" (the "**First Notice**").

4.      Counsel for the Unbuilt Owners, who had made an appearance in September, received ECF notice of the First Notice. Thereby, Unbuilt Owners timely received the First Notice, which provided more than sufficient time for unsecured claimants to file their proof of claim.

5.      On October 9, 2020, the Clerk of the Court filed a BNC Certificate of Service of the First Notice [Dkt. No. 24]. The Certificate reflected service on all parties in interest at the time, including the Unbuilt Owners.

6.      On October 22, 2020, the Trustee mistakenly entered the following text on the docket: "Trustee's Request for Creditors to File Claims filed by Trustee. Proofs of Claims due by 1/22/2021" (the "**Second Notice**").

7.      On October 24, 2020, the Clerk of the Court filed a BNC Certificate of Service of the Second Notice. The Certificate reflected service on all parties in interest at the time, including

the Unbuilt Owners.

8.      Only four days after the Second Notice was entered, on October 26, 2020, the

Trustee withdrew the Second Notice by a docket entry. ECF users, including Counsel for the

Unbuilt Owners who had made an appearance in the Case in September, received electronic notice

of the docket entry.[2]

9.      After the second notice was withdrawn on October 26, 2020, the Unbuilt Owners

had more than seven weeks in which to timely file proof of claims with the Court prior to the

January 7, 2021, deadline.

10.     Relying upon their Counsel's advice, the Unbuilt Owners filed their Proof of

Claims on January 15, 2021, January 18, 2021, and January 19, 2021.

11.     As of the date of this Objection, no motion for an order for the extension of time

for filing of proof of claims has been filed with the Court. (*See* Case Docket, Exhibit 1)

12.     As of the date of this Objection, no adversary proceeding for equitable relief has

been filed with the Court. (*See* Case Docket, Exhibit 1)

### ARGUMENT

**I.      UNBUILT OWNERS' OBJECTION MUST BE OVERRULED BECAUSE IT IS
     PROCEDURALLY IMPROPER.**

**A.      Unbuilt Owners' Objection Is Procedurally Improper Because It Seeks Relief
      That Must Be Requested By A Motion.**

According to Fed. R. Bankr. P. 9014, in a contested matter not otherwise governed by the

rules, relief from the bankruptcy court must be requested by motion, and reasonable notice and an

---

[2] Concerning paragraph 6 of the Unbuilt Owners' Objection, Westminster Claimants object to the
extent that it draws a conclusion that there was no reason to doubt the Second Notice.

opportunity to be heard must be given to the party against whom relief is sought. *Id*.

> **(a) Motion Required.** <u>In a contested matter not otherwise governed by these rules, relief must be requested by motion.</u> Reasonable notice and an opportunity to be heard must be given to the party against whom relief is sought. No response is required unless the court orders otherwise.
>
> **(b) Service.**
>> (1) ***Motion.*** The motion must be served within the time prescribed by Rule 9006(d) and in the manner for serving a summons and complaint provided by Rule 7004.
>> (2) ***Response.*** Any written response must be served within the time prescribed by Rule 9006(d).

Fed. R. Bankr. P. 9014 (emphasis added). The rule is reinforced by Rule 9013, which states that

a request for an order shall be by written motion, and the motion must state with particularity the

grounds therefor and set forth the relief or order sought.[3] Fed. R. Bankr. P. 9013 provides:

> **Rule 9013. Motions;  Form and Service**
> **(a) Request for an Order.** A request for an order must be made by written motion unless:
>> (1) an application is authorized by these rules;  or
>> (2) the request is made during a hearing.
>
> **(b) Form and Service of a Motion.** A motion must state its grounds with particularity and set forth the relief or order requested. Unless a written motion may be considered ex parte, the movant must, within the time prescribed by Rule 9006(d), serve the motion on: the trustee or debtor in possession and those entities specified by these rules;  or if these rules do not require service or specify the entities to be served, the entities designated by the court.

> Local Rule 9013 provides the same.

> MOTION PRACTICE – MATTERS SET FOR A HEARING (a) Scope of Rule. This rule applies to motions in bankruptcy cases and adversary proceedings. The term "motion" means application, request, objection to claim, or other proceeding in the nature of a motion or contested matter in which a party in interest seeks an order from or determination by the court.

---

[3] In the Relief Requested section of their Objection, the Unbuilt Owners request "an order amending the Final Report to provide for allowance and payment of their Proofs of Claim as timely-filed non-priority unsecured claims." *See* Unbuilt Owners' Objection.

*Id*. The Court's docket conclusively reflects that the Unbuilt Owners have at no time filed a

motion for the extension of time for filing their proofs of claim.

### B.    Unbuilt Owners' Objection Is Procedurally Improper Because No Adversary Proceeding Has Been Filed For Equitable Relief.

Fed. R. Bankr. P. 7001 provides that equitable relief is governed by part VII, which is

handled through adversary proceedings unless such relief is provided for in a plan.

> **Rule 7001. Types of Adversary Proceedings**
> An adversary proceeding is governed by the rules in this Part VII. The following are adversary proceedings:
> …
>> (g) a proceeding to obtain an injunction or other equitable relief--except when the relief is provided in a Chapter 9, 11, 12, or 13 plan;

*Id*.

The 10th Circuit court in *In re Gledhill*, addressed the different procedures required under

adversary proceedings and contested matters. The court stated,

> The Federal Rules of Bankruptcy Procedure distinguish between adversary proceedings and contested matters. *See* 9 *Collier on Bankruptcy* ¶¶ 7001.01[1], 9014.03 (Lawrence P. King ed., 15th ed. 1995). **In general, a party who brings an action designated as an adversary proceeding under Rule 7001 must file a complaint with the bankruptcy court, and serve the adverse party with a summons and a copy of the complaint. *See* Rule 7003;  Rule 7004. In contrast, in a contested matter, "relief shall be requested by motion." Rule 9014**.

*In re Gledhill*, 76 F.3d 1070, 1077 (10th Cir. 1996) (emphasis added). The docket provides

conclusive evidence that no adversary proceeding has been filed. Furthermore, Unbuilt Owners

provide no authority that supports granting equitable relief through an objection to a Trustee's final

report. Therefore, Unbuilt Owners' Objection is procedurally improper and should be denied.

## II.    THE BANKRUPTCY COURT DOES NOT HAVE AUTHORITY TO EXTEND THE BAR DATE IN THIS CASE.

In a Chapter 7 case, the bar date for filing proof of claims is governed by Fed. R. Bankr. P.

3002, which provides in part:

> **Rule 3002. Filing Proof of Claim or Interest**
> **(a) Need to File.** Unless Rule 1019(c), 3003, 3004, or 3005 provides otherwise, every creditor must file a proof of claim—and an equity security holder must file a proof of interest—for the claim or interest to be allowed. A lien that secures a claim is not void solely because an entity failed to file a proof of claim.
>
> **(b) Where to File.** The proof of claim or interest must be filed in the district where the case is pending and in accordance with Rule 5005.
>
> **(c) Time to File.** In a voluntary Chapter 7 case or in a Chapter 12 or 13 case, the proof of claim is timely if filed within 70 days after the order for relief or entry of an order converting the case to Chapter 12 or 13. In an involuntary Chapter 7 case, a proof of claim is timely if filed within 90 days after the order for relief is entered. These exceptions apply in all cases: …

Fed. R. Bankr. P. 3002. Under Fed. R. Bankr. P. 9006(b)(3), the Bankruptcy Court does not have

the authority to extend the bar date for filing proof of claims after the deadline has expired except

under those specific circumstances enumerated in Rule 3002(c). However, None of those

subsections apply.

> (7) *Extending the Time to File.* On a creditor's motion filed before or after the time to file a proof of claim has expired, the court may extend the time to file by no more than 60 days from the date of its order. **The motion may be granted if the court finds that the notice was insufficient to give the creditor a reasonable time to file.**

Rule 3002(c)(7).

Courts have uniformly held that no extension of the time fixed by Rule 3002(c) may be granted after the time has passed (except as specifically allowed by the provisions of Rule 3002© (1)(6). The court has no equitable power to extend the time fixed by Rule 3002(c). The excusable neglect standard provided by Rule 9905(b) does not permit the court to extend the time for filing proofs of claim under Rule 3002(c).

Collier on Bankruptcy, 3002.03[1] at 3002-12 (16th ed).

Here, all unsecured creditors, including the Unbuilt Owners, received notice and had reasonable time to file. The First Notice, which was filed on October 7, 2020, and noticed on October 9, 2020, set a bar date of January 7, 2021, which is 90 days after the Notice was given. The First Notice provided more than sufficient time for unsecured claimants to file their proof of claims.

The law was summarized in *In re Hall*, 218 B.R. 275, 277 (Bankr. D.R.I. 1998), in which the bankruptcy court stated:

> Deadlines for filing proofs of claim in Chapter 7 cases are governed by Fed. R. Bankr. P. 3002(c), and the grounds for extension are set forth within the rule. Rule 9006(b)(3), which restricts the Court's ability to enlarge Rule 3002(c) deadlines, states that: "The court may enlarge the time for taking actions under rules 1006(b)(2), 1017(e), 3002(c), 4003(b), 4004(a), 4007(c), 8002, and 9033, *only to the extent and under the conditions stated in those rules.*" *See* Fed. R. Bankr. P. 9006(b)(3) (emphasis added); *In re M.A.P. Restaurant, Inc.,* 191 B.R. 519, 520 (Bankr.D.R.I.1996); *Silver City, Inc. v. Forte (In re Forte),* 146 B.R. 592 (Bankr.D.R.I.1992) … In this case Washington Trust received proper notice of the claims bar date, and we agree with DEPCO's argument that there is no provision for extending the deadline under Rule 3002(c).[1] Therefore, our October 29, 1997 Order extending the deadline to file claims was unauthorized, and it is VACATED. R.I. LBR 9013–2(a).

*Id*. Similarly, in *In re Valerino Const., Inc.,* 275 B.R. 684, 687 (Bankr. W.D.N.Y. 2002), the bankruptcy court stated,

> Once the bar date has been set pursuant to Rule 3002(c) and it has passed, other than for the exceptions set forth in Sections 3002(c)(1) through (4), which are not applicable in this case, neither the Clerk nor the Bankruptcy Court has the power or authority to extend that bar date. **A bar date in a Chapter 7 case cannot even be extended upon a showing of excusable neglect because Rule 9006 directly prohibits it. *See In re Cole,* 189 B.R. 40 (Bankr.S.D.N.Y.1995); *In re Feldman,* 261 B.R. 568 (Bankr.E.D.N.Y.2001).**

*Id*. Also, in *Jones v. Arross,* 9 F.3d 79, 81 (10th Cir. 1993), the Tenth Circuit held that the

excusable neglect standard does not apply to Rule 3002(c). Id. ("Because Rule 3002(c) governs

not only Chapter 7 but also Chapters 12 and 13, there is no excusable neglect exception available

to Ms. Arross.")

The Tenth Circuit's opinion *In re Themy*, 6 F.3d 688, 689 (10th Cir. 1993) is

distinguishable. In that case, the court set a deadline that was inconsistent with Rules 4004(a) and

4007(c), which contain a strict 60-day time limit within which a creditor may dispute the discharge

of the debtor and the dischargeability of debts. In the present case, the facts are undisputed that a

proper notice of the deadline to file a proof of claim was sent and that when a duplicative deadline

was sent, it was promptly corrected. Having filed an appearance, the Unbuilt Owners' Counsel

would have received the docket entry reflecting that the second date was a duplication and

erroneous. Moreover, from the date correcting the Second Notice, the Unbuilt Claimants had more

than seven weeks in which to timely file proof of claims.

*In re Anwiler,* 958 F.2d 925, 929 (9th Cir. 1992), *as amended on denial of reh'g* (Apr. 8,

1992), is also factually distinguishable and inapplicable. The case involved two separate notices

sent from different courts setting different deadlines for the filing of non-dischargeable complaints

and/or complaints against discharge.

> In this case, the confusion **resulted from two courts' setting two different
> deadlines**. The notices were required by law, and appeared to be valid. The
> Creditors could have reasonably believed that the 2nd notice was operative since it
> was issued by the court which had jurisdiction over the case. The equitable power
> given to courts by 11 U.S.C. § 105(a) would be meaningless if courts were unable
> to correct their own mistakes.

*In re Anwiler,* 958 F.2d at 929 (emphasis added). Here, there were not two separate courts setting

separate dates. Rather, the First Notice was set and served. A Second Notice was set but was

corrected by the court within days. The correction by the bankruptcy court was made on October

26, 2020, which still allowed unsecured creditors, including Unbuilt Owners, more than sufficient

time to file their claims.

The Unbuilt Owners cited to *In re Riso*, 48 B.R. 244, 246 (Bankr. D.N.H. 1985), aff'd, 57

B.R. 789 (D.N.H. 1986) for the premise that "a court has power to do equity in circumstances

resulting from its own error." However, in *In re Riso* the clerk committed the deadline error, not

the Trustee as is the case here. Additionally, the *Riso* court noted the following:

> Had the foregoing events been brought to the personal attention of the undersigned at the
> time the [erroneous] form notice was entered on September 13, 1984, the deadlines would
> have been made consistent and would have conformed to the [original and correct] October
> 27, 1984 deadline established by the specific extension order of September 6, 1984.

Id. The *Riso* court clearly would support the Westminster Claimants' position here that the

deadlines, having been corrected to conform with the First Notice, should stand as valid and

enforceable.

While the Unbuilt Owners' reference to *In re Noll*, 491 B.R. 550, 553 (Bankr. E.D. Wis.

2013) and note that a late-filed proof of claim was allowed although it complied with an errant

notice, that case involved a case that was converted from a Chapter 13 case to a Chapter 7 case,

then reconverted to Chapter 13. These conversions factored into the court's analysis as the creditor

had received conflicting notices, a first claims bar date, then two subsequent notices: one stating

not to file a claim, and another that instructed the creditor to file a claim. No such conversion has

occurred in this case, and no notice instructed the Unbuilt Owners not to file a claim, therefore,

the analysis and holding are inapplicable to this Case.

*Matter of Hershkovitz*, 101 B.R. 816 (Bankr. N.D. Ga. 1989) is also distinguishable from

the current Case because there were two clear reasons for Unbuilt Owners' Counsel to question

the validity of the Second Notice in this Case because of the proper First Notice that was inconsistent, and also because the Second Notice was withdrawn within days.

*Kontrick v. Ryan*, 540 U.S. 443, 453 (2004) is also distinguishable considering that the opposing party in that case "failed to assert the time constraints of Rules 4004(a) and (b) and 9006(b)(3) in a pleading or amended pleading responsive to Ryan's amended complaint." Here, Westminster Claimants raised the procedural issues above and have fully established their defense, unlike the party in *Kontrick.*

The Unbuilt Owners cite *In re Ochs*, 608 B.R. 252 (Bankr. D. Colo. 2019), for the premise that "equitable tolling of a limitations period is clearly appropriate when the facts so dictate." However, while other facts present in this case disrupt the application of *In re Ochs*, notably, the *In re Ochs* case required a lack of actual notice of filing requirements and a lack of constructive notice of filing requirements for a court to find that equitable tolling applies. *Id* at 259. Clearly, the Unbuilt Owners cannot meet that standard here.

## CONCLUSION

For the foregoing reasons, the Court should disregard the Unbuilt Owners' Objection to the Trustee's Final Report, which improperly seeks equitable relief.

DATED this 19th day of June 2025.

RAY QUINNEY & NEBEKER P.C.

/s/ *Steven W. Call*
Steven W. Call
Mel Jones-Cannon

*Attorneys for the Westminster Claimants*

1712834

11

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2025, I caused the foregoing **WESTMINSTER CLAIMANTS' OBJECTION TO AND RESPONSE TO UNBUILT OWNERS' OBJECTION TO TRUSTEE'S FINAL REPORT** with the Clerk of the Court using the Court's CM/ECF System, which served notice and/or a copy of the foregoing on all electronic filing users in this case and parties requesting notice as follows:

- **James W. Anderson** jwa@clydesnow.com, mmann@clydesnow.com; atrujillo@clydesnow.com
- **Glenn R. Bronson** grbronson@traskbritt.com, cawatters@traskbritt.com
- **Ryan C. Cadwallader** rcadwallader@kmclaw.com, twhite@kmclaw.com
- **Steven W. Call** scall@rqn.com, docket@rqn.com, ecasaday@rqn.com
- **Kenneth L. Cannon** kcannon@djplaw.com, khughes@djplaw.com
- **Deborah Rae Chandler** dchandler@aklawfirm.com
- **Joseph M.R. Covey** jcovey@parrbrown.com, calendar@parrbrown.com; lstumpf@parrbrown.com
- **P. Matthew Cox** mcox@spencerfane.com
- **T. Edward Cundick** tec@clydesnow.com, laardema@clydesnow.com
- **Christopher J. Dylla** christopher.dylla@azag.gov, bankruptcyunit@azag.gov, hua.qin@azag.gov, michelle.schlosser@azag.gov
- **Nathan R. Firouzi** nfirouzi@agutah.gov, txbankrupt@utah.gov
- **Mark E. Hindley** mehindley@stoel.com, rnoss@stoel.com; slcdocket@stoel.com; Dixie.colson@stoel.com
- **Annette W. Jarvis** jarvis.annette@dorsey.com, long.candy@dorsey.com
- **Philip G. Jones tr** trustee@theo7.com, pjones@ecf.epiqsystems.com; pgj@trustesolutions.net
- **Penrod W. Keith** pkeith@djplaw.com, khughes@djplaw.com
- **Julie E. Kenworthy** jkenworthy@kmclaw.com
- **Reid W. Lambert** rlambert@strongandhanni.com, tlawrence@strongandhanni.com
- **Blake D. Miller** bmiller@aklawfirm.com, millermobile@gmail.com; miller.blaked@gmail.com
- **Gregory S. Moesinger** gmoesinger@kmclaw.com, tsanders@kmclaw.com
- **John T. Morgan** john.t.morgan@usdoj.gov, James.Gee@usdoj.gov;

Lindsey.Huston@usdoj.gov;  Rinehart.Peshell@usdoj.gov
- **Kevin V. Olsen** kvolsen@agutah.gov
- **Ellen E. Ostrow** ellen.ostrow@stoel.com, Stephanie.hore@stoel.com; docketclerk@stoel.com
- **Douglas J. Payne** dpayne@fabianvancott.com, mdewitt@fabianvancott.com
- **Chad S Pehrson** cpehrson@parrbrown.com
- **Shawn T. Richards** srichards@kmclaw.com
- **Steven M. Rogers** srogers@roruss.com, nrussell@roruss.com;  rorusslaw@gmail.com; paralegal@roruss.com; la@roruss.com
- **Mark C. Rose** mrose@mbt-law.com, markcroselegal@gmail.com
- **Brian M. Rothschild** brothschild@parsonsbehle.com, ecf@parsonsbehle.com
- **Chris L. Schmutz** chrisschmutz.pc@gmail.com, hillaryschmutz@yahoo.com; r60588@notify.bestcase.com
- **Engels Tejeda** ejtejeda@hollandhart.com, slclitdocket@hollandhart.com, intaketeam@hollandhart.com; lahansen@hollandhart.com
- **Richard C. Terry** richard@tjblawyers.com, cbcecf@yahoo.com
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov
- **Steven T. Waterman** waterman.steven@dorsey.com, bingham.karen@dorsey.com; ventrello.ashley@dorsey.com
- **John J. Wiest** wiest.john@dorsey.com
- **Jeffrey Adam Wright** awright@modrall.com

*/s/ Steven W. Call*

**EXHIBIT 1**

(Court Case Docket)

# U.S. Bankruptcy Court
## District of Utah (Salt Lake City)
### Bankruptcy Petition #: 20-25326

*Date filed:* 09/02/2020
*341 meeting:* 10/21/2020 11:30 AM
*Original Deadline for filing claims:* 01/07/2021

*Assigned to:* Kevin R. Anderson
Chapter 7
Voluntary
Asset

**Debtor**
**Rockwell Debt Free Properties, Inc.**
8494 South 700 East, Suite 200
Sandy, UT 84070
SALT LAKE-UT
Tax ID / EIN: 27-1111182
*dba* **Rockwell Dublin, LLC**
*dba* **Rockwell Southpointe, LLC**
*dba* **Rockwell Lake Point, LLC**
*dba* **Rockwell Puyallup, LLC**
*dba* **Rockwell Wichita, LLC**
*dba* **Rockwell Des Moines, LLC**
*dba* **Rockwell Jacksonville, LLC**
*dba* **Rockwell Albuquerque,LLC**
*dba* **Rockwell Cleveland, LLC**
*dba* **Rockwell Auburn Hills. LLC**
*dba* **Rockwell Omaha, LLC**
*dba* **Rockwell Chesapeake, LLC**
*dba* **Rockwell Bedford, LLC**
*dba* **Rockwell Memphis, LLC**
*dba* **Rockwell Dickinson, LLC**
*dba* **Rockwell Greensboro, LLC**
*dba* **Rockwell Fairview, LLC**
*dba* **Rockwell Southfield, LLC**
*dba* **Rockwell Cranberry, LLC**
*dba* **Rockwell Kingston, LLC**
*dba* **Rockwell Madison, LLC**
*dba* **Rockwell Toledo, LLC**
*fka* **Property Solutions, Inc.**
*dba* **Rockwell New Albany, LLC**
*dba* **Rockwell Indianapolis, LLC**
*dba* **Rockwell Greenville, LLC**
*dba* **Rockwell Cicncinati, LLC**
*fka* **Rockwell TIC, Inc.**
*dba* **Rockwell Birmingham, LLC**

represented by **Andres' Diaz**
Diaz & Larsen
757 East South Temple
Suite 201
Salt Lake City, UT 84102
(801) 596-1661
Fax : (801) 359-6803
Email: courtmail@adexpresslaw.com

**Trustee**
**Elizabeth R. Loveridge tr**
Strong and Hanni

102 South 200 East
Suite 800
Salt Lake City, UT 84111
801-532-7080
eloveridge@strongandhanni.com
*TERMINATED: 09/04/2020*

*Trustee*
**Michael F. Thomson**
Greenberg Traurig LLP
222 S Main St Suite 1730
Salt Lake City, UT 84101-2185
801-478-6917
thomsonm@gtlaw.com
*TERMINATED: 09/15/2020*

*Trustee*
**Philip G. Jones tr**
1215 South Main Street
Orem, UT 84058
(801) 358-7968
trustee@theo7.com
*TERMINATED: 09/22/2020*

*Trustee*
**Steven R. Bailey tr**                                      represented by **Steven R. Bailey tr**
Steven R. Bailey, Attorney at Law                           Steven R. Bailey, Attorney at Law
P.O. Box 1828                                               P.O. Box 1828
Layton, UT 84041                                            Layton, UT 84041
801-589-5947                                                801-589-5947
karen@baileylaw.org                                         Email: karen@baileylaw.org

                                                            **Deborah Rae Chandler**
                                                            Anderson & Karrenberg
                                                            50 West Broadway
                                                            Ste. 600
                                                            Salt Lake City, UT 84101
                                                            801-534-1700
                                                            Fax : 801-364-7697
                                                            Email: dchandler@aklawfirm.com

                                                            **Blake D. Miller**
                                                            Anderson & Karrenberg
                                                            50 West Broadway, Suite 700
                                                            Salt Lake City, UT 84101
                                                            (801) 5341700
                                                            Fax : (801) 3647697
                                                            Email: bmiller@aklawfirm.com

*U.S. Trustee*
**United States Trustee**
Washington Federal Bank Bldg.
405 South Main Street
Suite 300

**Debtor(s) email addresses used for BNC noticing ONLY**

| Filing Date | # | Docket Text |
|---|---|---|
| 06/16/2025 | [189](#) (28 pgs) | Objection to (related document(s):185 Trustee's Final Report (TFR)) Filed by Unbuilt TIC Owners. (Lambert, Reid) (EOD: 06/16/2025) |
| 06/06/2025 | | Adversary Case 2:22-ap-2077 Disposed. (sjl) (EOD: 06/06/2025) |
| 06/06/2025 | | Adversary Case 2:22-ap-2078 Disposed. (sjl) (EOD: 06/06/2025) |
| 06/06/2025 | | Adversary Case 22-02079 Disposed. (sjl) (EOD: 06/06/2025) |
| 05/29/2025 | [188](#) (17 pgs) | BNC Certificate of Service - Notice. (related document(s):187 Notice of Filing Trustee's Final Report and Account Before Distribution) Notice Date 05/29/2025. (Admin.) (EOD: 05/29/2025) |
| 05/26/2025 | [187](#) (10 pgs) | Notice of Filing Trustee's Final Report and Account Before Distribution (related document(s):185 Trustee's Final Report (TFR)) filed by Steven R. Bailey tr. Filed by Steven R. Bailey tr. Hearing scheduled for 6/23/2025 at 02:00 PM at ZoomGov.com/join - KRA: Meeting ID: 160 3007 6397, Passcode: 6001201, Phone 1-669-254-5252. (Bailey, Steven) (EOD: 05/26/2025) |
| 05/26/2025 | [186](#) (2 pgs) | Application for Compensation for Steven R. Bailey tr, Trustee Chapter 7, fee: $25404.48, expenses: $110.01. Filed by Steven R. Bailey tr. (Bailey, Steven) (EOD: 05/26/2025) |
| 05/22/2025 | [185](#) (38 pgs) | Chapter 7 Trustee's Final Report. Reviewed by United States Trustee Filed by the US Trustee for Steven R. Bailey tr. (Newman tr, David) (EOD: 05/22/2025) |
| 05/16/2025 | | Trustee's Withdrawal of Document filed by Trustee (related document(s):182 Trustee's Report of Sale). (Bailey tr, Steven) (EOD: 05/16/2025) |
| 05/16/2025 | [184](#) (18 pgs) | Trustee's Report of Sale filed by Trustee. (Bailey tr, Steven) (EOD: 05/16/2025) |
| 05/16/2025 | | Trustee's Withdrawal of Document filed by Trustee (related document(s):183 Trustee's Motion to Approve Bid Procedures For Sale of Asset(s)). (Bailey tr, Steven) (EOD: 05/16/2025) |
| 05/16/2025 | [183](#) (18 pgs) | (WITHDRAWN) Trustee's Motion to Approve Bid Procedures For Sale of Asset(s). (Bailey tr, Steven) Modified on 5/16/2025 (tdg). (EOD: 05/16/2025) |
| 05/16/2025 | [182](#) (18 pgs) | (WITHDRAWN) Trustee's Report of Sale filed by Trustee. (Bailey tr, Steven) Modified on 5/16/2025 (tdg). (EOD: 05/16/2025) |

| 05/16/2025 | 181 (17 pgs) | Trustee's Report of Sale filed by Trustee. (Bailey tr, Steven) (EOD: 05/16/2025) |
|---|---|---|
| 05/16/2025 | 180 (16 pgs) | Trustee's Report of Sale filed by Trustee. (Bailey tr, Steven) (EOD: 05/16/2025) |
| 05/16/2025 | 179 (18 pgs) | Trustee's Report of Sale filed by Trustee. (Bailey tr, Steven) (EOD: 05/16/2025) |
| 05/16/2025 | | Remark Re: Bill. Fees Due in the Amount of $2100.00 for Adversary Proceeding# 22-02077, 22-02078, 22-02079, 22-02080, 22-02081, 22-02082. (tdg) (EOD: 05/16/2025) |
| 05/16/2025 | 178 (9 pgs) | Trustee's Report of Sale filed by Trustee. (Bailey tr, Steven) (EOD: 05/16/2025) |
| 05/16/2025 | 177 (12 pgs) | Application for Compensation for Gil Miller, Accountant, fee: $15342.50, expenses: $54.58. Filed by Steven R. Bailey tr. (Bailey tr, Steven) (EOD: 05/16/2025) |
| 05/16/2025 | | Trustee's Request for a Bill. (Bailey tr, Steven) (EOD: 05/16/2025) |
| 05/12/2025 | | Adversary Case 2:22-ap-2082 Disposed. (sjl) (EOD: 05/12/2025) |
| 05/12/2025 | | Adversary Case 2:22-ap-2081 Disposed. (sjl) (EOD: 05/12/2025) |
| 05/12/2025 | | Adversary Case 2:22-ap-2080 Disposed. (sjl) (EOD: 05/12/2025) |
| 04/21/2025 | 176 (3 pgs) | Order Granting Application for Compensation (Related Doc # 173) Granting for Deborah Chandler, fees awarded: $39,654.00, expenses awarded: $478.52 (am) (EOD: 04/21/2025) |
| 04/08/2025 | 175 (3 pgs) | Pending Order Re: 173 Application for Compensation. (Chandler, Deborah) [Order# 461928] (EOD: 04/08/2025) |
| 03/11/2025 | 174 (9 pgs) | Notice and Opportunity for Hearing (related document(s):173 Application for Compensation) Filed by Steven R. Bailey tr. Hearing scheduled for 4/14/2025 at 02:00 PM at ZoomGov.com/join - KRA: Meeting ID: 160 3007 6397, Passcode: 6001201, Phone 1-669-254-5252. Deadline for filing objections: 3/28/2025. (Chandler, Deborah) (EOD: 03/11/2025) |
| 03/06/2025 | 173 (39 pgs; 2 docs) | Final Application for Compensation for Deborah Rae Chandler, Trustee's Attorney, fee: $39654.00, expenses: $478.52. Dates of Service: November 1, 2023 - February 20, 2025 *Third and Final Application of Anderson & Karrenberg, Counsel for Chapter 7 Trustee, for the Allowance and Payment of Compensation and Reimbursement of Expenses* Filed by Deborah Rae Chandler. (Attachments: # 1 Exhibit A - Invoices) (Chandler, Deborah) (EOD: 03/06/2025) |
| 01/29/2025 | | Withdrawal of Claim Re: Claim Number(s): 95 Filed by Christopher C Fucci. (Lambert, Reid) (EOD: 01/29/2025) |
| 01/29/2025 | | Withdrawal of Claim Re: Claim Number(s): 64 Filed by Oak Hill Management. (Lambert, Reid) (EOD: 01/29/2025) |

| 01/29/2025 | | Withdrawal of Claim Re: Claim Number(s): 93 Filed by Scott W Beynon. (Covey, Joseph) (EOD: 01/29/2025) |
| 01/29/2025 | | Withdrawal of Claim Re: Claim Number(s): 94 Filed by Jordan S Nelson. (Covey, Joseph) (EOD: 01/29/2025) |
| 01/29/2025 | | Withdrawal of Claim Re: Claim Number(s): 92 Filed by Christopher J Ashby. (Covey, Joseph) (EOD: 01/29/2025) |
| 01/15/2025 | | Notice of Appearance of Counsel and Request for Notice. Creditor Added: JDB Holdings LLC. Filed by JDB Holdings LLC. (Call, Steven) (EOD: 01/15/2025) |
| 01/13/2025 | 172 (1 pg) | ◀))) PDF with attached Audio File. Court Date & Time [ 1/13/2025 2:02:49 PM ]. File Size [ 1671 KB ]. Run Time [ 00:03:29 ]. (Motion to Approve Settlement/Compromise Adversary Number(s): 22-02077, 22-02078, 22-02079, 22-02080, 2202081, 22-02082Motion for Order Approving Settlement Agreement Between the Trustee and Rockwell P). (admin). (EOD: 01/13/2025) |
| 01/13/2025 | 171 (3 pgs) | Order Granting Motion To Approve Settlement Between the Trustee and Rockwell Parties (Related Doc # 166) (am) (EOD: 01/13/2025) |
| 01/13/2025 | | Minute Entry Re: 166 Motion to Approve Settlement/Compromise Filed by Steven R. Bailey tr. Appearances: Deborah Rae Chandler (TR); Maxwell Milavetz (Jordan S Nelson, Christopher J Ashby, and Scott W Beynon). Motion granted. Court to enter previously filed order. (jst) (EOD: 01/13/2025) |
| 01/08/2025 | 170 (8 pgs) | Certificate of Service Re: Miscellaneous Pleadings Notice Date 01/08/2025. (Admin.) (EOD: 01/08/2025) |
| 01/06/2025 | 169 (1 pg) | Notice of Rescheduled Hearing Re: 166 Motion to Approve Settlement/Compromise. Hearing scheduled for 1/13/2025 at 02:00 PM at ZoomGov.com/join - KRA: Meeting ID: 160 3007 6397, Passcode: 6001201, Phone 1-669-254-5252. (jst) (EOD: 01/06/2025) |
| 01/03/2025 | | Notice of Endorsement(related document(s):706 Pending Order Re: 166 Motion to Approve Settlement/Compromise. (Chandler, Deborah) [Order# 458245]). Endorsed with no objection Filed by Christopher J Ashby, Scott W Beynon, Jordan S Nelson. (Milavetz, Maxwell) (EOD: 01/03/2025) |
| 12/31/2024 | 168 (3 pgs) | Pending Order Re: 166 Motion to Approve Settlement/Compromise. (Chandler, Deborah) [Order# 458245] (EOD: 12/31/2024) |
| 12/11/2024 | 167 (10 pgs) | Notice and Opportunity for Hearing (related document(s):166 Motion to Approve Settlement/Compromise) *Between the Trustee and Rockwell Parties* Filed by Steven R. Bailey tr. Hearing scheduled for 1/6/2025 at 02:00 PM at ZoomGov.com/join - KRA: Meeting ID: 160 3007 6397, Passcode: 6001201, Phone 1-669-254-5252. Deadline for filing objections: 12/30/2024. (Chandler, Deborah) (EOD: 12/11/2024) |
| 12/09/2024 | 166 (12 pgs) | Motion to Approve Settlement/Compromise Adversary Number(s): 22-02077, 22-02078, 22-02079, 22-02080, 2202081, 22-02082*Motion for Order Approving Settlement Agreement Between the Trustee and Rockwell* |

| | Filed by Steven R. Bailey tr. (Chandler, Deborah) (EOD: 12/09/2024) |
|---|---|
| 03/14/2024 | **165**<br>(12 pgs)<br><br>Certificate of Service Re: Order. (related document(s):164 Order on Motion to Sell Property Free and Clear of Liens Under Section 363(f)) Notice Date 03/14/2024. (Admin.) (EOD: 03/14/2024) |
| 03/12/2024 | **164**<br>(5 pgs)<br><br>Order Approving Settlement Agreement Between the Trustee and Purchaser of Real Property From the Debtor (Related Doc # 158). Property to be sold: the estates 10.475% interest in real property located in Chesapeake, VA. (fsl) (EOD: 03/12/2024) |
| 03/08/2024 | **163**<br>(4 pgs)<br><br>Order Denying Motion To Stay Proceedings (Related Doc # 119), Denying Motion To Stay Proceedings (Related Doc # 121), Denying Motion To Stay Proceedings (Related Doc # 124) (amo) (EOD: 03/08/2024) |
| 03/06/2024 | **162**<br>(5 pgs)<br><br>Pending Order Re: 158 Motion to Sell Property Free and Clear of Liens under Section 363(f). (Chandler, Deborah) [Order# 447407] (EOD: 03/06/2024) |
| 03/04/2024 | Minute Entry Re: 124 Motion To Stay Proceedings Filed by Christopher J Ashby. Appearances: Chad S Pehrson (Paula Peterson, Mark Peterson, Brian Taylor, Christian Taylor, and Tim Marshall); Robert Wing (Jordan Nelson, Christopher J. Ashby, and Scott W. Beynon); Deborah R. Chandler (TR). Ruling read on the record. Motion denied. Court to prepare order. (jst) (EOD: 03/04/2024) |
| 03/04/2024 | Minute Entry Re: 119 Motion To Stay Proceedings Filed by Scott W Beynon. Appearances: Chad S Pehrson (Paula Peterson, Mark Peterson, Brian Taylor, Christian Taylor, and Tim Marshall); Robert Wing (Jordan Nelson, Christopher J. Ashby, and Scott W. Beynon); Deborah R. Chandler (TR). Ruling read on the record. Motion denied. Court to prepare order. (jst) (EOD: 03/04/2024) |
| 03/04/2024 | Minute Entry Re: 121 Motion To Stay Proceedings Filed by Jordan S Nelson. Appearances: Chad S Pehrson (Paula Peterson, Mark Peterson, Brian Taylor, Christian Taylor, and Tim Marshall); Robert Wing (Jordan Nelson, Christopher J. Ashby, and Scott W. Beynon); Deborah R. Chandler (TR). Ruling read on the record. Motion denied. Court to prepare order. (jst) (EOD: 03/04/2024) |
| 03/01/2024 | Hearing Set(related document(s):124 Motion To Stay Proceedings) Ruling Hearing scheduled for 3/4/2024 at 11:00 AM at ZoomGov.com/join - KRA: Meeting ID: 160 3007 6397, Passcode: 6001201, Phone 1-669-254-5252. (jst) (EOD: 03/01/2024) |
| 03/01/2024 | Hearing Set(related document(s):119 Motion To Stay Proceedings) Ruling Hearing scheduled for 3/4/2024 at 11:00 AM at ZoomGov.com/join - KRA: Meeting ID: 160 3007 6397, Passcode: 6001201, Phone 1-669-254-5252. (jst) (EOD: 03/01/2024) |
| 03/01/2024 | Hearing Set(related document(s):121 Motion To Stay Proceedings) Ruling Hearing scheduled for 3/4/2024 at 11:00 AM at ZoomGov.com/join - KRA: Meeting ID: 160 3007 6397, Passcode: 6001201, Phone 1-669-254-5252. (jst) (EOD: 03/01/2024) |

| | | |
|---|---|---|
| 02/29/2024 | | Hearing Set (related document(s):[124](#) Motion To Stay Proceedings) Ruling Hearing scheduled for 3/1/2024 at 02:00 PM at ZoomGov.com/join - KRA: Meeting ID: 160 3007 6397, Passcode: 6001201, Phone 1-669-254-5252. (jst) (EOD: 02/29/2024) |
| 02/29/2024 | | Hearing Set (related document(s):[121](#) Motion To Stay Proceedings) Ruling Hearing scheduled for 3/1/2024 at 02:00 PM at ZoomGov.com/join - KRA: Meeting ID: 160 3007 6397, Passcode: 6001201, Phone 1-669-254-5252. (jst) (EOD: 02/29/2024) |
| 02/29/2024 | | Hearing Set (related document(s):[119](#) Motion To Stay Proceedings) Ruling Hearing scheduled for 3/1/2024 at 02:00 PM at ZoomGov.com/join - KRA: Meeting ID: 160 3007 6397, Passcode: 6001201, Phone 1-669-254-5252. (jst) (EOD: 02/29/2024) |
| 02/21/2024 | [161](#)<br>(8 pgs) | Certificate of Service (related document(s):[160](#) Notice) Filed by Frederic Jay Gregory. (Hofmann, George) (EOD: 02/21/2024) |
| 02/20/2024 | [160](#)<br>(2 pgs) | Notice (related document(s):[158](#) Motion to Sell Property Free and Clear of Liens under Section 363(f) filed by Trustee Steven R. Bailey tr) *Notice of Errata Concerning Motion for 1) Order Approving Settlement Agreement Between the Trustee and Purchaser of Real Property from the Debtor Located in Chesapeake, Virginia and 2) Approval to Sell Bankruptcy Estate Property Pursuant to Terms of Settlement Agreement* Filed by Steven R. Bailey tr. (Chandler, Deborah) (EOD: 02/20/2024) |
| 02/16/2024 | [159](#)<br>(11 pgs) | Notice and Opportunity for Hearing (related document(s):[158](#) Motion to Sell Property Free and Clear of Liens under Section 363(f)) *Ntc of Motion for 1) Order Approving Settlement Agreement Between the Trustee and Purchaser of Real Property from the Debtor Located in Chesapeake, Virginia and 2) Approval to Sell Bankruptcy Estate Property Pursuant to Terms of Settlement Agreement* Filed by Steven R. Bailey tr. Hearing scheduled for 3/12/2024 at 10:30 AM at ZoomGov.com/join - KRA: Meeting ID: 160 3007 6397, Passcode: 6001201, Phone 1-669-254-5252. Deadline for filing objections: 3/5/2024. (Chandler, Deborah) (EOD: 02/16/2024) |
| 02/16/2024 | | Receipt of Filing Fee for Motion to Sell Property Free and Clear of Liens under Section 363(f)( [20-25326](#)) [motion,mselfclf] ( 199.00). Receipt Number A27074103, Amount $ 199.00 (Re: Doc# [158](#)). (U.S. Treasury) (EOD: 02/16/2024) |
| 02/16/2024 | [158](#)<br>(14 pgs) | Motion to Sell Property Free and Clear of Liens Under Section 363(f) *Motion fro 1) Order Approving Settlement Agreement between the Trustee and Purchaser of Real Property from the Debtor Located in Chesapeake, Virginia and 2) Approval to Sell Bankruptcy Estate Property Pursuant to Terms of Settlement Agreement.* Property to be sold: 631 Independence Parkway, Chesapeake, VA. Fee Amount: $199. Filed by Steven R. Bailey tr. (Chandler, Deborah) (EOD: 02/16/2024) |
| 02/09/2024 | [157](#)<br>(12 pgs) | Certificate of Service Re: Order. (related document(s):[156](#) Order on Motion for Sale of Property under Section 363) Notice Date 02/09/2024. (Admin.) (EOD: 02/09/2024) |

| | | |
|---|---|---|
| 02/07/2024 | [156](#) (5 pgs) | Order Granting Motion For Sale of Property under Section 363 (Related Doc [149](#)). Description of Property: 4849 Acorn Drive, Independence, Ohio 44131 Signed as modified by the Court.(fsl) (EOD: 02/07/2024) |
| 02/01/2024 | [155](#) (5 pgs) | Pending Order Re: [149](#) Motion to Sell Property under Section 363. (Chandler, Deborah) [Order# 446269] (EOD: 02/01/2024) |
| 01/09/2024 | [154](#) (11 pgs) | Notice and Opportunity for Hearing (related document(s):[149](#) Motion to Sell Property under Section 363) *Notice of Trustee's Third Motion for Approval to Sell Bankruptcy Estate Property in Independence, Ohio* Filed by Steven R. Bailey tr. Hearing scheduled for 2/5/2024 at 02:00 PM at ZoomGov.com/join - KRA: Meeting ID: 160 3007 6397, Passcode: 6001201, Phone 1-669-254-5252. Deadline for filing objections: 1/26/2024. (Chandler, Deborah) (EOD: 01/09/2024) |
| 12/21/2023 | [153](#) (3 pgs) | Order Granting Second Application for Compensation (Related Doc # [145](#)) Granting for Deborah Rae Chandler, fees awarded: $30439.00, expenses awarded: $0.00 (fsl) (EOD: 12/21/2023) |
| 12/21/2023 | [152](#) (3 pgs) | Order Granting Second Interim Application for Compensation for Trustee's Accountant (Related Doc # [146](#)) Granting for Deborah Rae Chandler, fees awarded: $4788.50, expenses awarded: $51.46 (fsl) (EOD: 12/21/2023) |
| 12/18/2023 | [151](#) (3 pgs) | Pending Order Re: [145](#) Application for Compensation. (Chandler, Deborah) [Order# 444787] (EOD: 12/18/2023) |
| 12/18/2023 | [150](#) (3 pgs) | Pending Order Re: [146](#) Application for Compensation. (Chandler, Deborah) [Order# 444786] (EOD: 12/18/2023) |
| 12/18/2023 | | Receipt of Filing Fee for Motion to Sell Property under Section 363(2:20-bk-25326) [motion,msale363] ( 199.00). Receipt Number A26926985, Amount $ 199.00 (Re: Doc# [149](#)). (U.S. Treasury) (EOD: 12/18/2023) |
| 12/15/2023 | | Attn: Attorney Deborah Rae Chandler. Clerk's Notice of Fee Due. Pursuant to 28 U.S.C. Section 1930(b), you are required to pay a fee (Re:[149](#) Motion to Sell Property under Section 363). An Internet Fee in the amount of $199.00 has already been added for you and can be paid electronically via Pay.Gov the next time you log into ECF. (fsl) (EOD: 12/15/2023) |
| 12/13/2023 | [149](#) (25 pgs) | Third Motion to Sell Property under Section 363. Property to be sold: 4849 Acorn Drive, Independence, Ohio 44131. Filed by Steven R. Bailey tr. (Chandler, Deborah) (EOD: 12/13/2023) |
| 11/28/2023 | | Minute Entry Re: [140](#) Motion to Sell Property Free and Clear of Liens under Section 363(f) Filed by Steven R. Bailey tr. Appearances: Matter stricken for non appearance without prejudice. (jst) (EOD: 11/28/2023) |
| 11/28/2023 | [148](#) (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 11/28/2023 1:11:27 PM ]. File Size [ 674 KB ]. Run Time [ 00:01:24 ]. (Motion to Sell Property). (admin). (EOD: 11/28/2023) |
| 11/27/2023 | [147](#) (10 pgs) | Notice and Opportunity for Hearing (related document(s):[145](#) Application for Compensation, [146](#) Application for Compensation) Filed by Steven R. Bailey tr. Hearing scheduled for 12/19/2023 at 10:30 AM at ZoomGov.com/join - KRA: Meeting ID: 160 3007 6397, Passcode: |

| | | 6001201, Phone 1 (669) 254-5252. Deadline for filing objections: 12/14/2023. (Chandler, Deborah) (EOD: 11/27/2023) |
|---|---|---|
| 11/27/2023 | [146](9 pgs) | Application for Compensation. *Second Interim Application for Compensation for Accountants for the Trustee* Filed by Steven R. Bailey tr. (Chandler, Deborah) (EOD: 11/27/2023) |
| 11/27/2023 | [145](33 pgs; 2 docs) | Second Application for Compensation for Deborah Rae Chandler, Trustee's Attorney, fee: $30,439.00, expenses: $0.00. Filed by Deborah Rae Chandler. (Attachments: # [1] Exhibit A - Invoices) (Chandler, Deborah) (EOD: 11/27/2023) |
| 11/16/2023 | | Receipt of Filing Fee for Motion to Sell Property under Section 363(2:20-bk-25326) [motion,msale] ( 188.00). Receipt Number A26848348, Amount $ 188.00 (Re: Doc# [140]). (U.S. Treasury) (EOD: 11/16/2023) |
| 11/13/2023 | | Attn: Attorney Deborah Rae Chandler. Clerk's Notice of Fee Due. Pursuant to 28 U.S.C. Section 1930(b), you are required to pay a fee (Re:[140] Motion to Sell Property under Section 363). An Internet Fee in the amount of $188.00 has already been added for you and can be paid electronically via Pay.Gov the next time you log into ECF. (fsl) (EOD: 11/13/2023) |
| 11/13/2023 | [144](2 pgs) | Order Granting Motion to Expedite Hearing (Related Doc # [141]); Hearing Date: November 28, 2023 (fsl) (EOD: 11/13/2023) |
| 11/08/2023 | [143](2 pgs) | Pending Order Re: [141] Motion to Expedite Hearing. (Chandler, Deborah) [Order# 443478] (EOD: 11/08/2023) |
| 11/08/2023 | [142](4 pgs) | Notice of Hearing (related document(s):[140] Motion to Sell Property under Section 363) Filed by Steven R. Bailey tr. Hearing scheduled for 11/28/2023 at 01:00 PM at ZoomGov.com/join - KRA: Meeting ID: 160 3007 6397, Passcode: 6001201, Phone 1 (669) 254-5252. Deadline for filing objections: 11/27/2023. (Chandler, Deborah) (EOD: 11/08/2023) |
| 11/08/2023 | [141](4 pgs) | Ex Parte Motion to Expedite Hearing (related document(s):[140] Motion to Sell Property under Section 363) Filed by Steven R. Bailey tr. (Chandler, Deborah) (EOD: 11/08/2023) |
| 11/08/2023 | [140](21 pgs; 2 docs) | Motion to Sell Property under Section 363. Property to be sold: 4849 Acorn Drive, Independence, Ohio 44131. Filed by Steven R. Bailey tr. (Attachments: # [1] Exhibit Land Purchase Agreement) (Chandler, Deborah) (EOD: 11/08/2023) |
| 11/02/2023 | | Notice of Appearance of Counsel and Request for Notice *for Joseph Covey*. Filed by Scott W Beynon. (Covey, Joseph) (EOD: 11/02/2023) |
| 11/02/2023 | | Notice of Appearance of Counsel and Request for Notice *for Robert G. Wing*. Filed by Scott W Beynon. (Wing, Robert) (EOD: 11/02/2023) |
| 10/31/2023 | | Minute Entry Re: [119] Motion To Stay Proceedings Filed by Scott W Beynon. Appearances: Chad S Pehrson (Paula Peterson, Mark Peterson, Brian Taylor, Christian Taylor, and Tim Marshall); Robert Wing (Jordan Nelson, Christopher J. Ashby, and Scott W. Beynon); Deborah R. Chandler (TR). Matter taken under advisement. The deadline to seek relief from District Court is 11/10/2023. The Court will contact the parties to schedule an oral ruling. (jst) (EOD: 10/31/2023) |

| 10/31/2023 | | Minute Entry Re: 124 Motion To Stay Proceedings Filed by Christopher J Ashby. Appearances: Chad S Pehrson (Paula Peterson, Mark Peterson, Brian Taylor, Christian Taylor, and Tim Marshall); Robert Wing (Jordan Nelson, Christopher J. Ashby, and Scott W. Beynon); Deborah R. Chandler (TR). Matter taken under advisement. The deadline to seek relief from District Court is 11/10/2023. The Court will contact the parties to schedule an oral ruling. (jst) (EOD: 10/31/2023) |
|---|---|---|
| 10/31/2023 | | Minute Entry Re: 121 Motion To Stay Proceedings Filed by Jordan S Nelson. Appearances: Chad S Pehrson (Paula Peterson, Mark Peterson, Brian Taylor, Christian Taylor, and Tim Marshall); Robert Wing (Jordan Nelson, Christopher J. Ashby, and Scott W. Beynon); Deborah R. Chandler (TR). Matter taken under advisement. The deadline to seek relief from District Court is 11/10/2023. The Court will contact the parties to schedule an oral ruling. (jst) (EOD: 10/31/2023) |
| 10/31/2023 | 139 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 10/31/2023 2:00:41 PM ]. File Size [ 23274 KB ]. Run Time [ 00:48:29 ]. (Motion To Stay Proceedings Filed by Christopher J Ashby [Dkt. 124]). (admin). (EOD: 10/31/2023) |
| 10/26/2023 | 138 (7 pgs) | Reply Memorandum to (related document(s):121 Motion To Stay Proceedings) Filed by Jordan S Nelson. (Wing, Robert) (EOD: 10/26/2023) |
| 10/26/2023 | 137 (7 pgs) | Reply Memorandum to (related document(s):124 Motion To Stay Proceedings) Filed by Christopher J Ashby. (Wing, Robert) (EOD: 10/26/2023) |
| 10/26/2023 | 136 (7 pgs) | Reply Memorandum to (related document(s):119 Motion To Stay Proceedings) Filed by Scott W Beynon. (Wing, Robert) (EOD: 10/26/2023) |
| 10/19/2023 | 135 (11 pgs) | Objection to (related document(s):119 Motion To Stay Proceedings) Filed by Steven R. Bailey tr. (Chandler, Deborah) (EOD: 10/19/2023) |
| 10/19/2023 | 134 (11 pgs) | Objection to (related document(s):121 Motion To Stay Proceedings) Filed by Steven R. Bailey tr. (Chandler, Deborah) (EOD: 10/19/2023) |
| 10/19/2023 | 133 (11 pgs) | Objection to (related document(s):124 Motion To Stay Proceedings) Filed by Steven R. Bailey tr. (Chandler, Deborah) (EOD: 10/19/2023) |
| 10/12/2023 | 132 (6 pgs) | Certificate of Service Re: Miscellaneous Pleadings Notice Date 10/12/2023. (Admin.) (EOD: 10/12/2023) |
| 10/12/2023 | 131 (6 pgs) | Certificate of Service Re: Miscellaneous Pleadings Notice Date 10/12/2023. (Admin.) (EOD: 10/12/2023) |
| 10/12/2023 | 130 (6 pgs) | Certificate of Service Re: Miscellaneous Pleadings Notice Date 10/12/2023. (Admin.) (EOD: 10/12/2023) |

| | | |
|---|---|---|
| 10/10/2023 | [129](#) (1 pg) | Notice of Rescheduled Hearing Re: [124](#) Motion To Stay Proceedings. Hearing scheduled for 10/31/2023 at 02:00 PM at ZoomGov.com/join - KRA: Meeting ID: 160 3007 6397, Passcode: 6001201, Phone 1 (669) 254-5252. (jst) (EOD: 10/10/2023) |
| 10/10/2023 | [128](#) (1 pg) | Notice of Rescheduled Hearing Re: [121](#) Motion To Stay Proceedings. Hearing scheduled for 10/31/2023 at 02:00 PM at ZoomGov.com/join - KRA: Meeting ID: 160 3007 6397, Passcode: 6001201, Phone 1 (669) 254-5252. (jst) (EOD: 10/10/2023) |
| 10/10/2023 | [127](#) (1 pg) | Notice of Rescheduled Hearing Re: [119](#) Motion To Stay Proceedings. Hearing scheduled for 10/31/2023 at 02:00 PM at ZoomGov.com/join - KRA: Meeting ID: 160 3007 6397, Passcode: 6001201, Phone 1 (669) 254-5252. (jst) (EOD: 10/10/2023) |
| 10/04/2023 | [126](#) (7 pgs) | Certificate of Service Re: Miscellaneous Pleadings Notice Date 10/04/2023. (Admin.) (EOD: 10/04/2023) |
| 10/02/2023 | [125](#) (4 pgs) | Notice of Hearing (related document(s):[124](#) Motion To Stay Proceedings) Filed by Christopher J Ashby. Hearing scheduled for 10/30/2023 at 02:30 PM at ZoomGov.com/join - KRA: Meeting ID: 160 3007 6397, Passcode: 6001201, Phone 1 (669) 254-5252. Deadline for filing objections: 10/19/2023. (Covey, Joseph) (EOD: 10/02/2023) |
| 10/02/2023 | [124](#) (34 pgs) | Motion To Stay Proceedings Filed by Christopher J Ashby. (Covey, Joseph) (EOD: 10/02/2023) |
| 10/02/2023 | [123](#) (4 pgs) | Notice of Hearing (related document(s):[121](#) Motion To Stay Proceedings) Filed by Jordan S Nelson. Hearing scheduled for 10/30/2023 at 02:30 PM at ZoomGov.com/join - KRA: Meeting ID: 160 3007 6397, Passcode: 6001201, Phone 1 (669) 254-5252. Deadline for filing objections: 10/19/2023. (Covey, Joseph) (EOD: 10/02/2023) |
| 10/02/2023 | [122](#) (1 pg) | Notice of Rescheduled Hearing Re: [119](#) Motion To Stay Proceedings. Hearing scheduled for 10/30/2023 at 02:30 PM at ZoomGov.com/join - KRA: Meeting ID: 160 3007 6397, Passcode: 6001201, Phone 1 (669) 254-5252. (jst) (EOD: 10/02/2023) |
| 10/02/2023 | [121](#) (8 pgs) | Motion To Stay Proceedings Filed by Jordan S Nelson. (Covey, Joseph) (EOD: 10/02/2023) |
| 09/29/2023 | [120](#) (4 pgs) | Notice of Hearing *and Notice of Motion on Scott W. Beynon's Motion to Stay Proceedings* Filed by Scott W Beynon. Hearing scheduled for 10/30/2023 at 01:30 PM at ZoomGov.com/join - KRA: Meeting ID: 160 3007 6397, Passcode: 6001201, Phone 1 (669) 254-5252. Deadline for filing objections: 10/16/2023. (Covey, Joseph). Related document(s) [119](#) Motion To Stay Proceedings filed by Interested Party Scott W Beynon. Modified on 9/29/2023 (amo). (EOD: 09/29/2023) |
| 09/29/2023 | [119](#) (34 pgs) | Motion To Stay Proceedings Filed by Scott W Beynon. (Covey, Joseph) (EOD: 09/29/2023) |
| 06/23/2023 | [118](#) (11 pgs) | Certificate of Service Re: Order. (related document(s):[117](#) Order on Motion to Sell Property Free and Clear of Liens Under Section 363(f)) Notice Date 06/23/2023. (Admin.) (EOD: 06/23/2023) |

| 06/21/2023 | 117 (5 pgs) | Order Granting Motion to Sell Property Free and Clear of Liens Under Section 363(f) (Related Doc # 114). Property to be sold: 4849 Acorn Drive, Independence, Ohio. (amo) (EOD: 06/21/2023) |
|---|---|---|
| 06/20/2023 | 116 (5 pgs) | Pending Order Re: 114 Motion to Sell Property Free and Clear of Liens under Section 363(f). (Chandler, Deborah) [Order# 438527] (EOD: 06/20/2023) |
| 06/02/2023 | | Receipt of Filing Fee for Motion to Sell Property Free and Clear of Liens under Section 363(f)( 20-25326) [motion,mselfclf] ( 188.00). Receipt Number A26424978, Amount $ 188.00. (Re: Doc# 114). (U.S. Treasury) (EOD: 06/02/2023) |
| 05/29/2023 | 115 (10 pgs) | Notice and Opportunity for Hearing (related document(s):114 Motion to Sell Property Free and Clear of Liens under Section 363(f)) Filed by Steven R. Bailey tr. Hearing scheduled for 6/26/2023 at 02:00 PM at ZoomGov.com/join - PH: Meeting ID: 161 4747 8650, Passcode: 9671833, Phone 1 (669) 254-5252. Deadline for filing objections: 6/16/2023. (Chandler, Deborah) (EOD: 05/29/2023) |
| 05/29/2023 | 114 (39 pgs) | Motion to Sell Property Free and Clear of Liens Under Section 363(f). Property to be sold: 4849 Acorn Drive, Independence, Ohio 44131. Fee Amount: $188. Filed by Steven R. Bailey tr. (Chandler, Deborah) (EOD: 05/29/2023) |
| 05/05/2023 | 113 (11 pgs) | Certificate of Service Re: Order. (related document(s):112 Order on Motion to Sell Property Free and Clear of Liens Under Section 363(f) Notice Date 05/05/2023. (Admin.) (EOD: 05/05/2023) |
| 05/03/2023 | 112 (5 pgs) | Order Granting Motion to Sell Property Free and Clear of Liens Under Section 363(f) (Related Doc # 109). Property to be sold: 5180 Paramount Parkway, Morrisville, North Carolina 27560. (fsl) (EOD: 05/03/2023) |
| 05/01/2023 | 111 (5 pgs) | Pending Order Re: 109 Motion to Sell Property Free and Clear of Liens under Section 363(f). (Chandler, Deborah) [Order# 436892] (EOD: 05/01/2023) |
| 03/27/2023 | 110 (9 pgs) | Notice of Hearing (related document(s):109 Motion to Sell Property Free and Clear of Liens under Section 363(f)) Filed by Steven R. Bailey tr. Hearing scheduled for 5/1/2023 at 02:00 PM at KRA Teleconference Line. Deadline for filing objections: 4/21/2023. (Chandler, Deborah) (EOD: 03/27/2023) |
| 03/27/2023 | | Receipt of Filing Fee for Motion to Sell Property Free and Clear of Liens under Section 363(f)( 20-25326) [motion,mselfclf] ( 188.00). Receipt Number A26259016, Amount $ 188.00 (Re: Doc# 109). (U.S. Treasury) (EOD: 03/27/2023) |
| 03/27/2023 | 109 (23 pgs) | Motion to Sell Property Free and Clear of Liens Under Section 363(f). Property to be sold: real property located at 5180 Paramount Parkway, Morrisville, North Carolina 27560. Fee Amount: $188. Filed by Steven R. Bailey tr. (Chandler, Deborah) (EOD: 03/27/2023) |
| 11/15/2022 | 108 (3 pgs) | Order Granting Application for Compensation (Related Doc # 103) Granting for Gil Miller, fees awarded: $22323.00, expenses awarded: $397.21 (fsl) (EOD: 11/15/2022) |
| 11/15/2022 | 107 (3 pgs) | Order Granting Application for Compensation (Related Doc # 102) Granting for Deborah Rae Chandler, fees awarded: $27675.70, expenses awarded: $944.85 (fsl) (EOD: 11/15/2022) |

| | | |
|---|---|---|
| 11/15/2022 | 106<br>(3 pgs) | Pending Order Re: 103 Application for Compensation. (Chandler, Deborah) [Order# 431140] (EOD: 11/15/2022) |
| 11/15/2022 | 105<br>(3 pgs) | Pending Order Re: 102 Application for Compensation. (Chandler, Deborah) [Order# 431139] (EOD: 11/15/2022) |
| 10/14/2022 | 104<br>(10 pgs) | Notice and Opportunity for Hearing (related document(s):102 Application for Compensation, 103 Application for Compensation) Filed by Steven R. Bailey tr. Hearing scheduled for 11/7/2022 at 02:00 PM at KRA Teleconference Line. Deadline for filing objections: 11/1/2022. (Chandler, Deborah) (EOD: 10/14/2022) |
| 10/12/2022 | 103<br>(12 pgs) | Application for Compensation for Gil Miller, Accountant, fee: $22323.00, expenses: $397.21. Filed by Deborah Rae Chandler. (Chandler, Deborah) (EOD: 10/12/2022) |
| 10/12/2022 | 102<br>(25 pgs) | Application for Compensation for Deborah Rae Chandler, Trustee's Attorney, fee: $27675.70, expenses: $944.85. Filed by Deborah Rae Chandler. (Chandler, Deborah) (EOD: 10/12/2022) |
| 09/06/2022 | | Deferred Adversary Fee: $350. Adversary Case No.(s): 22-02079 (tdg) (EOD: 09/06/2022) |
| 09/06/2022 | | Deferred Adversary Fee: $700 total. Adversary Case No.(s): 22-2081, 22-2082 (djf) Modified on 9/6/2022 (djf). (EOD: 09/06/2022) |
| 09/06/2022 | | Deferred Adversary Fee: $350. Adversary Case No.(s): 22-02077 (amo) (EOD: 09/06/2022) |
| 09/06/2022 | | Deferred Adversary Fee: $350. Adversary Case No.(s): 22-2080 (mkh) (EOD: 09/06/2022) |
| 09/06/2022 | | Deferred Adversary Fee: $350. Adversary Case No.(s): 22-2078. (gci) (EOD: 09/06/2022) |
| 09/02/2022 | 101<br>(9 pgs) | Adversary Proceeding 22-02082. Complaint by Steven R. Bailey against Tim Marshall. Fee Amount $350. Payment Not Due at this Time. Nature of Suit(s): [13 (Recovery of money/property - 548 fraudulent transfer), 11 (Recovery of money/property - 542 turnover of property)]. (Chandler, Deborah) (EOD: 09/02/2022) |
| 09/02/2022 | 100<br>(13 pgs) | Adversary Proceeding 22-02081. Complaint by Steven R. Bailey against Brian K Taylor, Lowell Taylor, Christian Taylor. Fee Amount $350. Payment Not Due at this Time: Fee Deferred. Nature of Suit(s): [13 (Recovery of money/property - 548 fraudulent transfer), 11 (Recovery of money/property - 542 turnover of property)]. (Chandler, Deborah) (EOD: 09/02/2022) |
| 09/02/2022 | 99<br>(8 pgs) | Adversary Proceeding 22-02080. Complaint by Steven R. Bailey against Paula Jean Petersen, Mark Petersen. Fee Amount $350. Payment Not Due at this Time: Fee Deferred. Nature of Suit(s): [13 (Recovery of money/property - 548 fraudulent transfer), 11 (Recovery of money/property - 542 turnover of property)]. (Chandler, Deborah) (EOD: 09/02/2022) |
| 09/02/2022 | 98<br>(10 pgs) | Adversary Proceeding 22-02079. Complaint by Steven R. Bailey against Jordan S Nelson. Fee Amount $350. Payment Not Due at this Time: Fee Deferred. Nature of Suit(s): [13 (Recovery of money/property - 548 fraudulent transfer), 11 |

| | | |
|---|---|---|
| | | (Recovery of money/property - 542 turnover of property)]. (Chandler, Deborah) (EOD: 09/02/2022) |
| 09/02/2022 | 97 (12 pgs) | Adversary Proceeding 22-02078. Complaint by Steven R. Bailey against Scott W Beynon, Roger Paul Beynon. Fee Amount $350. Payment Not Due at this Time: Fee Deferred. Nature of Suit(s): [13 (Recovery of money/property - 548 fraudulent transfer), 11 (Recovery of money/property - 542 turnover of property)]. (Chandler, Deborah) (EOD: 09/02/2022) |
| 09/02/2022 | 96 (12 pgs) | Adversary Proceeding 22-02077. Complaint by Steven R. Bailey against Christopher J Ashby, Jean Ashby. Fee Amount $350. Payment Not Due at this Time: Fee Deferred. Nature of Suit(s): [13 (Recovery of money/property - 548 fraudulent transfer), 11 (Recovery of money/property - 542 turnover of property)]. (Chandler, Deborah) (EOD: 09/02/2022) |
| 07/16/2022 | 95 (12 pgs) | Certificate of Service Re: Order. (related document(s):94 Order on Motion for Sale of Property under Section 363) Notice Date 07/16/2022. (Admin.) (EOD: 07/18/2022) |
| 07/14/2022 | 94 (6 pgs) | Order Granting Motion For Sale of Property under Section 363 (Related Doc # 83). Description of Property:20.95% in 2402 South Main Street, Charleston, Missouri 63834 (fsl) (EOD: 07/14/2022) |
| 07/14/2022 | | Notice of Endorsement(related document(s):92 Pending Order Re: 83 Motion to Sell Property under Section 363. (Miller, Blake) [Order# 426749]). Endorsed with no objection Filed by Philip and Margaret McReynolds, Merny & Isabel Schwartz, Miller RSC 09 Trust. (Hofmann, George) (EOD: 07/14/2022) |
| 07/14/2022 | | Minute Entry Re: 83 Motion to Sell Property under Section 363 Filed by Steven R. Bailey tr. Appearances: Blake D. Miller (TR); George Hofmann (Purchasers as defined in the motion at docket no. 83). Motion granted. Pending Order Deadline due by 07/28/2022. OTF-Miller (jst) (EOD: 07/14/2022) |
| 07/14/2022 | 93 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 7/14/2022 10:30:07 AM ]. File Size [ 1430 KB ]. Run Time [ 00:02:59 ]. (Motion to Sell Property). (admin) (EOD: 07/14/2022) |
| 07/14/2022 | 92 (6 pgs) | Pending Order Re: 83 Motion to Sell Property under Section 363. (Miller, Blake) [Order# 426749] (EOD: 07/14/2022) |
| 07/08/2022 | 91 (9 pgs) | Certificate of Service Re: Order. (related document(s):89 Order on Motion to Shorten Time) Notice Date 07/08/2022. (Admin.) (EOD: 07/08/2022) |
| 07/06/2022 | 90 (10 pgs) | Notice of Hearing (related document(s):83 Motion to Sell Property under Section 363) Filed by Steven R. Bailey tr. Hearing scheduled for 7/14/2022 at 10:30 AM at KRA Teleconference Line. Deadline for filing objections: 7/13/2022. (Miller, Blake) (EOD: 07/06/2022) |
| 07/06/2022 | | Withdrawal of Document. Reason for Withdrawal: Substitute Notice to be Filed (related document(s):86 Notice and Opportunity for Hearing filed by Trustee Steven R. Bailey tr) Filed by Steven R. Bailey tr. (Miller, Blake) (EOD: 07/06/2022) |
| 07/06/2022 | 89 (3 pgs) | Order Granting Motion for Order to Shorten Time (Related Doc # 84) (amo) (EOD: 07/06/2022) |

| | | |
|---|---|---|
| 07/06/2022 | [88](#)<br>(6 pgs) | Supplemental Notice (related document(s):[86](#) Notice and Opportunity for Hearing filed by Trustee Steven R. Bailey tr) *Exhibit A to Notice (Doc 86)* Filed by Steven R. Bailey tr. (Miller, Blake) (EOD: 07/06/2022) |
| 07/06/2022 | [87](#)<br>(6 pgs) | Supplemental Motion to Shorten Time (related document(s):[84](#) Motion to Shorten Time filed by Trustee Steven R. Bailey tr) *(Exhibit A to Doc 84)* Filed by Steven R. Bailey tr. (Miller, Blake) (EOD: 07/06/2022) |
| 07/06/2022 | [86](#)<br>(3 pgs) | WITHDRAWN Notice and Opportunity for Hearing (related document(s):[83](#) Motion to Sell Property under Section 363) Filed by Steven R. Bailey tr. Hearing scheduled for 7/14/2022 at 10:30 AM at KRA Teleconference Line. Deadline for filing objections: 7/13/2022. (Miller, Blake) Modified on 7/6/2022 (amo). (EOD: 07/06/2022) |
| 07/06/2022 | [85](#)<br>(3 pgs) | Pending Order Re: [84](#) Motion to Shorten Time. (Miller, Blake) [Order# 426511] (EOD: 07/06/2022) |
| 07/06/2022 | [84](#)<br>(4 pgs) | Ex Parte Motion to Shorten Time (related document(s):[83](#) Motion to Sell Property under Section 363 filed by Trustee Steven R. Bailey tr) Filed by Steven R. Bailey tr. (Miller, Blake) (EOD: 07/06/2022) |
| 07/06/2022 | [83](#)<br>(27 pgs) | Motion to Sell Property under Section 363. Property to be sold: 20.95% interest in Charleston real property *and for approval of settlement agreement*. Filed by Steven R. Bailey tr. (Miller, Blake) (EOD: 07/06/2022) |
| 05/20/2022 | [82](#)<br>(7 pgs) | Notice *of Intent to Issue Subpoena for Production of Documents to JPMorgan Chase Bank, N.A. Pursuant to Fed. R. Bankr. P. 2004* Filed by Steven R. Bailey tr. (Chandler, Deborah) (EOD: 05/20/2022) |
| 02/03/2022 | [81](#)<br>(12 pgs) | Certificate of Service Re: Order. (related document(s):[80](#) Order Approving Settlement/Compromise) Notice Date 02/03/2022. (Admin.) (EOD: 02/03/2022) |
| 02/01/2022 | [80](#)<br>(6 pgs) | Order Granting Motion To Approve Settlement (Related Doc # [76](#)) (fsl) (EOD: 02/01/2022) |
| 01/31/2022 | [79](#)<br>(6 pgs) | Pending Order Re: [76](#) Motion to Approve Settlement/Compromise. (Chandler, Deborah) [Order# 421352] (EOD: 01/31/2022) |
| 01/10/2022 | [78](#)<br>(7 pgs) | Certificate of Service (related document(s):[76](#) Motion to Approve Settlement/Compromise, [77](#) Notice and Opportunity for Hearing) Filed by Tonya L. Gilliam, Charles H. Gilliam, Gator I Properties, Inc. Fred Jacob, Trustee, The Fred Jacob Living Trust, dated January 19, 2013, Lisa A. Storey, Trustee, Lisa A. Storey Revocable Living Trust of 2013, Dennis G. Bengtson, Renewal Properties, LLC, Jody L. Dorius, Todd J. Dorius, Terri Valente, Attilio Valente, Mary Jo Sleeper, R.B. Professional Properties, L.P. J.W. Richen, Trustee or his successors in trust under the J.W. Richen Trust dated August 28, 1992, Dana L. Winchester, Gwen R. Olshove, Trustee, Donald P. Olshove, Trustee, The Donald Paul Olshove and Gwendolyn Rae Olshove Family Trust dated November 23, 2009, Raffaele A. Cappucio, Neffo T. Cappuccio, Goffstown Horizon Properties, LLC, Daniel J. Dion, Trustee, Daniel J. Dion Revocable Trust dated October 4, 2001, Jarvis B Rasmussen, The Fisher Investments Family Limited Partnership. (Hofmann, George) (EOD: 01/10/2022) |
| 01/07/2022 | [77](#)<br>(2 pgs) | Notice and Opportunity for Hearing (related document(s):[76](#) Motion to Approve Settlement/Compromise) *Notice of Motion for (1) Order Approving Settlement Agreement Between teh Trustee and Purchasers of Real Property from the Debtor* |

| | | |
|---|---|---|
| | | *Located in Tulsa, Oklahoma and (2) Approval to Sell Bankruptcy Estate Property Pursuant to Terms of SEttlement Agreement and Notice of Opportunity for Hearing* Filed by Steven R. Bailey tr. Hearing scheduled for 1/31/2022 at 02:00 PM at KRA Teleconference Line. Deadline for filing objections: 1/24/2022. (Chandler, Deborah) (EOD: 01/07/2022) |
| 01/03/2022 | [76](72 pgs) | Motion to Approve Settlement/Compromise *Motion for (1) Order Approving Settlement Agreement Between the Trustee and Purchasers of Real Property from the Debtor Located in Tulsa, Oklahoma and (2) Approval to Sell Bankruptcy Estate Property Pursuant to Terms of Settlement Agreement* Filed by Steven R. Bailey tr. (Chandler, Deborah) (EOD: 01/03/2022) |
| 09/17/2021 | [75](8 pgs) | Certificate of Service Re: Order. (related document(s):[73] Order on Motion for Sale of Property under Section 363) Notice Date 09/17/2021. (Admin.) (EOD: 09/17/2021) |
| 09/15/2021 | [74](1 pg) | PDF with attached Audio File. Court Date & Time [ 9/15/2021 2:00:01 PM ]. File Size [ 1899 KB ]. Run Time [ 00:03:57 ]. (Motion to Sell Property). (admin). (EOD: 09/15/2021) |
| 09/15/2021 | [73](4 pgs) | Order Granting Motion For Sale of Property under Section 363 (Related Doc # [64]). Description of Property:88% interest in real property located at 14017 Quail Springs Parkway, Oklahoma City, OK (fsl) (EOD: 09/15/2021) |
| 09/15/2021 | | Minute Entry Re: [64] Motion to Sell Property under Section 363 Filed by Steven R. Bailey tr. Appearances: Deborah Rae Chandler (TR); Mark C. Rose (Pikulkin Trust). Motion granted. Court to enter previously filed order. (jst) (EOD: 09/15/2021) |
| 09/15/2021 | [72](4 pgs) | Pending Order Re: [64] Motion to Sell Property under Section 363. (Miller, Blake) [Order# 416241]. **This order replaces the prior pending order# 416224.** (EOD: 09/15/2021) |
| 09/15/2021 | [71](3 pgs) | Pending Order Re: [64] Motion to Sell Property under Section 363. (Miller, Blake) [Order# 416224] (EOD: 09/15/2021) |
| 09/11/2021 | [70](7 pgs) | Certificate of Service Re: Order. (related document(s):[69] Order on Motion to Expedite Hearing) Notice Date 09/11/2021. (Admin.) (EOD: 09/11/2021) |
| 09/09/2021 | [69](3 pgs) | Order Granting Motion to Expedite Hearing (Related Doc # [65]); Hearing Date: September 15, 2021 (fsl) (EOD: 09/09/2021) |
| 09/08/2021 | [68](7 pgs) | Certificate of Service (related document(s):[67] Notice and Opportunity for Hearing) Filed by Steven R. Bailey tr. (Miller, Blake) (EOD: 09/08/2021) |
| 09/08/2021 | [67](4 pgs) | Notice and Opportunity for Hearing (related document(s):[64] Motion to Sell Property under Section 363) *Notice of Motion for Approval to Sell Bankruptcy Estate Property and Notice of Hearing* Filed by Steven R. Bailey tr. Hearing scheduled for 9/15/2021 at 02:00 PM at KRA Teleconference Line. Deadline for filing objections: 9/15/2021. (Miller, Blake) (EOD: 09/08/2021) |
| 09/08/2021 | [66](3 pgs) | Pending Order Re: [65] Motion to Expedite Hearing. (Miller, Blake) [Order# 415957] (EOD: 09/08/2021) |

| | | |
|---|---|---|
| 09/08/2021 | [65](#)<br>(4 pgs) | Ex Parte Motion to Expedite Hearing (related document(s):[64](#) Motion to Sell Property under Section 363) *Ex Parte Motion to Shorten Time for Notice on Motion for Approval to Sell Bankruptcy Estate Property* Filed by Steven R. Bailey tr. (Miller, Blake) (EOD: 09/08/2021) |
| 09/08/2021 | [64](#)<br>(9 pgs) | Motion to Sell Property under Section 363. Property to be sold:.88% interest in real property located at 14017 Quail Springs Parkway, Oklahoma City, OK 73134. Filed by Steven R. Bailey tr. (Miller, Blake) (EOD: 09/08/2021) |
| 02/03/2021 | [63](#)<br>(2 pgs) | Return of Service (related document(s):[62](#) Notice filed by Trustee Steven R. Bailey tr) Filed by Steven R. Bailey tr. (Chandler, Deborah) (EOD: 02/03/2021) |
| 01/29/2021 | [62](#)<br>(6 pgs) | Notice *of Trustee's Subpoena for Production of Documents to JPMorgan Chase Bank, N.A. Pursuant to Fed. R. Bankr. P. 2004* Filed by Steven R. Bailey tr. (Chandler, Deborah) (EOD: 01/29/2021) |
| 01/19/2021 | | Creditor Request for Notice Creditor(s) uploaded (1 creditors). (Lambert, Reid) Modified on 1/20/2021 (fsl). (EOD: 01/19/2021) |
| 01/19/2021 | | Creditor Request for Notice Creditor(s) uploaded (1 creditors). (Lambert, Reid) Modified on 1/20/2021 (fsl). (EOD: 01/19/2021) |
| 01/19/2021 | | Creditor Request for Notice Creditor(s) uploaded (1 creditors). (Lambert, Reid) Modified on 1/20/2021 (fsl). (EOD: 01/19/2021) |
| 12/20/2020 | [61](#)<br>(5 pgs) | Certificate of Service Re: Order. (related document(s):[59](#) Order on Motion to Stay Proceedings) Notice Date 12/20/2020. (Admin.) (EOD: 12/20/2020) |
| 12/20/2020 | [60](#)<br>(5 pgs) | Certificate of Service Re: Order. (related document(s):[58](#) Order on Motion to Extend Automatic Stay) Notice Date 12/20/2020. (Admin.) (EOD: 12/20/2020) |
| 12/18/2020 | [59](#)<br>(3 pgs) | Order Regarding Motion For Order Expressly Limiting Stay (Related Doc # [16](#)) (djf) (EOD: 12/18/2020) |
| 12/18/2020 | [58](#)<br>(3 pgs) | Order Denying Motion to Extend Automatic Stay (Related Doc # [14](#)) (djf) (EOD: 12/18/2020) |
| 12/09/2020 | [57](#)<br>(3 pgs) | Pending Order (Hearing Held) Re: [16](#) Motion To Stay Proceedings. (Chandler, Deborah) [Order# 405795] (EOD: 12/09/2020) |
| 12/09/2020 | [56](#)<br>(3 pgs) | Pending Order (Hearing Held) Re: [14](#) Motion to Extend Automatic Stay. (Chandler, Deborah) [Order# 405794] (EOD: 12/09/2020) |
| 12/09/2020 | 55 | Deborah Rae Chandler, having failed to submit an order on its Motion Regarding the Automatic Stay accordingly that on or before 12/23/2020, Deborah Rae Chandler shall submit an order disposing of the Motion Regarding the Automatic Stay, or show cause why the Motion Regarding the Automatic Stay should not be denied; and that the clerk shall enter an order denying the Motion Regarding the Automatic Stay if Deborah Rae Chandler fail(s) to comply with terms of this Order. SO ORDERED, /s/ Kevin R. Anderson, United States Bankruptcy Judge.<br><br>*The official order in this matter is set forth in the Notice of Electronic Filing created by this entry. No document is attached.*Attorney Response due: 12/23/2020. (jtt) (EOD: 12/09/2020) |

| | | |
|---|---|---|
| 11/24/2020 | | Minute Entry Re: 14 Motion to Extend Automatic Stay Filed by Christopher J Ashby, Scott W Beynon, Jordan S Nelson, 16 Motion To Stay Proceedings Filed by Unbuilt TIC Owners. Appearances: Brandon Marx, Britt Nelson (Plano TIC Owners), Chad Pehrson (Rockwell Principals), Deborah Chandler (Atty for TR), Reid Lambert (No appearance). Motion to extend automatic stay is denied. Motion to express limited stay is moot. Pending Order Deadline due by 12/08/2020. OTF-Chapter 7 Trustee (kpc) (EOD: 11/24/2020) |
| 11/24/2020 | 54 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 11/24/2020 10:02:15 AM ]. File Size [ 8910 KB ]. Run Time [ 00:18:34 ]. (Motion to Clarify or Extend the Automatic Stay). (admin). (EOD: 11/24/2020) |
| 11/22/2020 | 53 (5 pgs) | Certificate of Service Re: Order. (related document(s):52 Order on Application to Employ) Notice Date 11/22/2020. (Admin.) (EOD: 11/22/2020) |
| 11/20/2020 | 52 (3 pgs) | Order Granting Application to Employ Jeffrey Rudy as Realtor (Related Doc # 48) (djf) (EOD: 11/20/2020) |
| 11/17/2020 | 51 (4 pgs) | Stipulation RE: (related document(s):23 Objection filed by Creditor Plano TIC Owners) *Stipulation as to Scope of Automatic Stay* Filed by Plano TIC Owners. (Nelson, Brittany) (EOD: 11/17/2020) |
| 11/17/2020 | 50 (3 pgs) | Supplemental Response to (related document(s):14 Motion to Extend Automatic Stay) *Supplemental Response of Trustee to Motion to Extend Automatic Stay [Dkt 14] and Motion to Limit Automatic Stay [Dkt 16]* Filed by Steven R. Bailey tr. (Miller, Blake) (EOD: 11/17/2020) |
| 11/11/2020 | 49 (3 pgs) | Pending Order (Other) Re: 48 Application to Employ (Professional). (Bailey tr, Steven) [Order# 404461] (EOD: 11/11/2020) |
| 11/11/2020 | 48 (5 pgs) | Application to Employ Jeffrey Rudy as Realtor and Affidavit Filed by Steven R. Bailey tr. (Bailey tr, Steven) Modified on 11/12/2020 (fsl). (EOD: 11/11/2020) |
| 11/06/2020 | 47 (4 pgs) | Certificate of Service Re: Order. (related document(s):46 Order Granting Trustee's Motion to Employ Attorney) Notice Date 11/06/2020. (Admin.) (EOD: 11/06/2020) |
| 11/04/2020 | 46 (2 pgs) | Order Granting Trustee's Motion to Employ Attorney Deborah R. Chandler and the firm of Anderson & Karrenberg (related document(s):28 Application to Employ Attorney) (fsl) (EOD: 11/04/2020) |
| 10/27/2020 | 45 (2 pgs) | Pending Order (Other) Re: 28 Application to Employ Attorney. (Chandler, Deborah) [Order# 403616] (EOD: 10/27/2020) |
| 10/26/2020 | 44 (32 pgs) | Transcript regarding Hearing Held 10/21/20 RE: Motion to Extend the Automatic Stay and Motion to Stay Proceedings. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 1/25/2021. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Laura W. Robinson, Telephone number 801-328-4800.(related document(s):14 Motion to Extend Automatic Stay filed by Interested Party Scott W Beynon, Interested Party Christopher J Ashby, Interested Party Jordan S Nelson, 16 Motion To Stay Proceedings filed by Creditor Unbuilt TIC Owners) Notice of Intent to Request Redaction Deadline Due By 11/2/2020. Redaction Request Due By |

| | | |
|---|---|---|
| | | 11/16/2020. Redacted Transcript Submission Due By 11/27/2020. Transcript access will be restricted through 1/25/2021. (mfr) (EOD: 10/26/2020) |
| 10/26/2020 | | Withdrawal of Document. Reason for Withdrawal: duplicate filing (related document(s): Trustee's Request for Creditors to File Claims) Filed by Steven R. Bailey tr. (Bailey tr, Steven) (EOD: 10/26/2020) |
| 10/24/2020 | 43 (8 pgs) | BNC Certificate of Service Re: Notice (related document(s): Trustee's Request for Creditors to File Claims) Notice Date 10/24/2020. (Admin.) (EOD: 10/24/2020) |
| 10/22/2020 | 42 (5 pgs) | Certificate of Service Re: Order. (related document(s):38 Order on Motion to Appear Pro Hac Vice) Notice Date 10/22/2020. (Admin.) (EOD: 10/22/2020) |
| 10/22/2020 | 41 (1 pg) | Request for Transcript (related document(s):14 Motion to Extend Automatic Stay, 16 Motion To Stay Proceedings) Transcript Due by 11/23/2020. (mfr) (EOD: 10/22/2020) |
| 10/22/2020 | | Trustee's Request for Creditors to File Claims filed by Trustee. Proofs of Claims due by 1/22/2021. (Bailey tr, Steven) WITHDRAWN Modified on 10/26/2020 (fsl). (EOD: 10/22/2020) |
| 10/21/2020 | 40 (4 pgs) | Certificate of Service Re: Order. (related document(s):36 Order on Trustee's Application to Employ Professional) Notice Date 10/21/2020. (Admin.) (EOD: 10/21/2020) |
| 10/21/2020 | | Minute Entry Re: Hearing Continued (related document(s): 14 Motion to Extend Automatic Stay. Appearances: Steven Bailey (TR); Blake Miller (Atty/Tr); Andres Diaz (DB); Chad Pehrson and Sara Nielson (Db's Principals); Reid Lambert (Unbuilt TIC Owners);Wes Felix (Carmel Unbuilt TIC Owners); Brandon Marx and Brittany Nelson (Plano TIC Owners). Hearing scheduled for 11/24/2020 at 10:00 AM at KRA Teleconference Line. (kpc) (EOD: 10/21/2020) |
| 10/21/2020 | | Minute Entry Re: Hearing Continued (related document(s): 16 Motion To Stay Proceedings). Appearances: Steven Bailey (TR); Blake Miller (Atty/Tr); Andres Diaz (DB); Chad Pehrson and Sara Nielson (Db's Principals); Reid Lambert (Unbuilt TIC Owners);Wes Felix (Carmel Unbuilt TIC Owners); Brandon Marx and Brittany Nelson (Plano TIC Owners). Hearing scheduled for 11/24/2020 at 10:00 AM at KRA Teleconference Line. (kpc) (EOD: 10/21/2020) |
| 10/21/2020 | 39 (1 pg) | ◀)) PDF with attached Audio File. Court Date & Time [ 10/21/2020 9:02:07 AM ]. File Size [ 19405 KB ]. Run Time [ 00:40:26 ]. (Motion to Express Limiting Automatic Stay). (admin). (EOD: 10/21/2020) |
| 10/20/2020 | 38 (3 pgs) | Order Granting Motion for Attorney Brandon C. Marx for Plano TIC Owners To Appear Pro Hac Vice (Related Doc # 33) (fsl) (EOD: 10/20/2020) |
| 10/19/2020 | | Minute Entry Re: Hearing Continued (related document(s): 16 Motion To Stay Proceedings). Appearances: Andres Diaz (DB); Reid Lambert; Wesley Felix (Carmel Group); Brittany Nelson, Brandon Marx, Chad Pehrson (Plano Group); Sarah Nelson (CR); Steven Bailey (TR). Hearing |

| | | scheduled for 10/21/2020 at 09:00 AM at KRA Teleconference Line. (kpc) (EOD: 10/19/2020) |
|---|---|---|
| 10/19/2020 | | Minute Entry Re: Hearing Continued (related document(s): 14 Motion to Extend Automatic Stay. Appearances: Andres Diaz (DB); Reid Lambert; Wesley Felix (Carmel Group); Brittany Nelson, Brandon Marx, Chad Pehrson (Plano Group); Sarah Nelson (CR); Steven Bailey (TR) Hearing scheduled for 10/21/2020 at 09:00 AM at KRA Teleconference Line. (kpc) (EOD: 10/19/2020) |
| 10/19/2020 | 37 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 10/19/2020 2:08:37 PM ]. File Size [ 10312 KB ]. Run Time [ 00:21:29 ]. (Motion to Express Limiting Automatic Stay). (admin). (EOD: 10/19/2020) |
| 10/19/2020 | 36 (2 pgs) | Order Granting Trustee's Application to Employ Professional Gil Miller and Rocky Mountain Advisor, CPA. (related document(s):19 Application to Employ (Professional)) (fsl) Modified on 10/20/2020 (djf). (EOD: 10/19/2020) |
| 10/19/2020 | 35 (4 pgs) | Objection to (related document(s):14 Motion to Extend Automatic Stay) Filed by Steven R. Bailey tr. (Bailey tr, Steven). Related document(s) 16 Motion To Stay Proceedings *(Motion of the Unbuilt Tic Owners and the Carmel TIC Owners for Order Expressly Limiting Automatic Stay to Proceedings Against Debtor Entities)* filed by Creditor Unbuilt TIC Owners. Modified on 10/19/2020 (kpc). (EOD: 10/19/2020) |
| 10/19/2020 | | Receipt of Filing Fee for Motion to Appear pro hac vice(20-25326) [motion,mprohac] ( 250.00). Receipt Number 24070360, Amount $ 250.00 (Re: Doc# 33). (U.S. Treasury) (EOD: 10/19/2020) |
| 10/19/2020 | 34 (3 pgs) | Pending Order (Other) Re: 33 Motion to Appear pro hac vice. (Nelson, Brittany) [Order# 403091] (EOD: 10/19/2020) |
| 10/19/2020 | 33 (5 pgs; 2 docs) | Motion Requesting Admission of Attorney Brandon C. Marx to Practice Pro Hac Vice. Fee Amount: $250. Filed by Plano TIC Owners. (Attachments: # 1 Application for Pro Hac Vice Admission) (Nelson, Brittany) (EOD: 10/19/2020) |
| 10/16/2020 | 32 (6 pgs) | Reply to (related document(s):29 Response) Filed by Unbuilt TIC Owners. (Lambert, Reid) (EOD: 10/16/2020) |
| 10/15/2020 | 31 (17 pgs) | Response to (related document(s):29 Response) Filed by Wesley Felix. (Felix, Wesley) (EOD: 10/15/2020) |
| 10/15/2020 | | Trustee/USTR's Notice of Endorsement filed by Trustee/USTR. (related document(s):28 Application to Employ Anderson & Karrenberg as Attorney *for Chapter 7 Trustee* Filed by Steven R. Bailey tr.). Endorsed with no objection. (Bailey tr, Steven) (EOD: 10/15/2020) |
| 10/15/2020 | 30 (3 pgs) | Notice of Appearance and Request for Notice Blake D. Miller *Notice of Appearance, Request for Service and Preservation of Rights*. Filed by Steven R. Bailey tr. (Miller, Blake) Modified on 10/15/2020 (fsl). (EOD: 10/15/2020) |

| | | |
|---|---|---|
| 10/15/2020 | [29](#)<br>(4 pgs) | Response to (related document(s):[16](#) Motion To Stay Proceedings) *MOTION BY UNBUILT TIC OWNERS AND CARMEL TIC OWNERS FOR ORDER EXPRESSLY LIMITING AUTOMATIC STAY TO PROCEEDINGS AGAINST DEBTOR ENTITIES* Filed by Rockwell Debt Free Properties, Inc. (Diaz, Andres') (EOD: 10/15/2020) |
| 10/14/2020 | [28](#)<br>(7 pgs) | Application to Employ Anderson & Karrenberg as Attorney *for Chapter 7 Trustee* Filed by Steven R. Bailey tr. (Chandler, Deborah) (EOD: 10/14/2020) |
| 10/13/2020 | [27](#)<br>(7 pgs) | Objection to (related document(s):Related document(s) [16](#) Motion To Stay Proceedings *(Motion of the Unbuilt Tic Owners and the Carmel TIC Owners for Order Expressly Limiting Automatic Stay to Proceedings Against Debtor Entities)* filed by Creditor Unbuilt TIC Owners. Modified on 10/19/2020 (kpc). (EOD: 10/13/2020) |
| 10/13/2020 | [26](#)<br>(7 pgs) | Reply to (related document(s):[14](#) Motion to Extend Automatic Stay) *Reply in Support of Motion by Debtor's Officers and Directors to Extend the Automatic Stay Under 11 U.S.C. Section 362(A) to an Ongoing Arbitration* Filed by Christopher J Ashby, Scott W Beynon, Jordan S Nelson. (Pehrson, Chad) (EOD: 10/13/2020) |
| 10/13/2020 | [25](#)<br>(8 pgs) | Supplemental Support Document (related document(s):[14](#) Motion to Extend Automatic Stay) *to Motion by Debtors' Officers and Directors to Extend the Automatic Stay Under 11 U.S.C. Section 362(A) to an Ongoing Arbitration* Filed by Christopher J Ashby, Scott W Beynon, Jordan S Nelson. (Pehrson, Chad) (EOD: 10/13/2020) |
| 10/09/2020 | [24](#)<br>(8 pgs) | BNC Certificate of Service Re: Notice (related document(s): Trustee's Request for Creditors to File Claims) Notice Date 10/09/2020. (Admin.) (EOD: 10/09/2020) |
| 10/07/2020 | | Trustee's Request for Creditors to File Claims filed by Trustee. Proofs of Claims due by 1/7/2021. (Bailey tr, Steven) (EOD: 10/07/2020) |
| 10/05/2020 | [23](#)<br>(144 pgs; 2 docs) | Objection to (related document(s):[14](#) Motion to Extend Automatic Stay) *Objection to Motion by Debtors Officers and Directors to Extend the Automatic Stay Under 11 U.S.C. Section 362(a) to an Ongoing Arbitration and Joinder of the Unbuilt TIC Owners and the Carmel TIC Owners Motion for Order Expressly Limiting Automatic Stay to Proceedings against Debtor Entities* Filed by Plano TIC Owners. (Attachments: # [1](#) Exhibit A) (Nelson, Brittany) (EOD: 10/05/2020) |
| 10/05/2020 | [22](#)<br>(3 pgs) | Notice of Appearance and Request for Notice. Filed by Unbuilt TIC Owners. (Weinberg, Brenda) (EOD: 10/05/2020) |
| 10/05/2020 | [21](#)<br>(9 pgs) | Objection to (related document(s):[14](#) Motion to Extend Automatic Stay) Filed by Wesley Felix. (Felix, Wesley) (EOD: 10/05/2020) |
| 09/30/2020 | [20](#)<br>(2 pgs) | Pending Order (Other) Re: [19](#) Application to Employ (Professional). (Bailey tr, Steven) [Order# 402350] (EOD: 09/30/2020) |
| 09/30/2020 | [19](#)<br>(3 pgs) | Application to Employ Gil Miller as Accountant Filed by Steven R. Bailey tr. (Bailey tr, Steven) (EOD: 09/30/2020) |

| | | |
|---|---|---|
| 09/24/2020 | 18<br>(5 pgs) | 341 Meeting Notice (see image for details) and BNC Certificate of Service. (related document(s): Notice of Meeting of Creditors Chapter 7 No Asset) Notice Date 09/24/2020. (Admin.) (EOD: 09/24/2020) |
| 09/24/2020 | 17<br>(3 pgs) | Notice and Opportunity for Hearing (related document(s):16 Motion To Stay Proceedings) Filed by Unbuilt TIC Owners. Hearing scheduled for 10/19/2020 at 02:00 PM at KRA Teleconference Line. Deadline for filing objections: 10/15/2020. (Lambert, Reid) (EOD: 09/24/2020) |
| 09/24/2020 | 16<br>(13 pgs) | Motion To Stay Proceedings *(Motion of the Unbuilt Tic Owners and the Carmel TIC Owners for Order Expressly Limiting Automatic Stay to Proceedings Against Debtor Entities)* Filed by Unbuilt TIC Owners. (Lambert, Reid) (EOD: 09/24/2020) |
| 09/22/2020 | | Amended Notice of Meeting of Creditors, Resignation of Prior Trustee, 341(a) meeting to be held on 10/21/2020 at Northern 341 Mtg Teleconference Line. (jtt) (EOD: 09/22/2020) |
| 09/22/2020 | | Trustee/USTR's Resignation of Trustee and Appointment of Successor Trustee, Steven R. Bailey tr filed by Trustee/USTR. Involvement of Philip G. Jones tr Terminated. 341 Meeting requested. (Newman tr, David) (EOD: 09/22/2020) |
| 09/21/2020 | 15<br>(5 pgs) | Notice of Hearing (related document(s):14 Motion to Extend Automatic Stay) Filed by Christopher J Ashby, Scott W Beynon, Jordan S Nelson. Hearing scheduled for 10/19/2020 at 02:00 PM at KRA Teleconference Line. Deadline for filing objections: 10/5/2020. (Pehrson, Chad) (EOD: 09/21/2020) |
| 09/21/2020 | 14<br>(104 pgs; 2 docs) | Motion to Extend Automatic Stay Filed by Jordan S Nelson, Christopher J Ashby, Scott W Beynon. (Attachments: # 1 Exhibit Exhibits A through C) (Pehrson, Chad) (EOD: 09/21/2020) |
| 09/17/2020 | 13<br>(5 pgs) | 341 Meeting Notice (see image for details) and BNC Certificate of Service. (related document(s): Notice of Meeting of Creditors Chapter 7 No Asset) Notice Date 09/17/2020. (Admin.) (EOD: 09/17/2020) |
| 09/17/2020 | | Receipt of Filing Fee for Amended Schedules/List of Creditors/Statements(20-25326) [misc,amdsch] ( 31.00). Receipt Number 23977327, Amount $ 31.00 (Re: Doc# 12). (U.S. Treasury) (EOD: 09/17/2020) |
| 09/17/2020 | 12<br>(14 pgs) | Amended Schedules E/F. Creditors Added: Christopher J. Ashby, Jordan S. Nelson, Scott W. Beynon. Fee Amount $31. Filed by Rockwell Debt Free Properties, Inc. (Diaz, Andres') (EOD: 09/17/2020) |
| 09/15/2020 | | Notice of Meeting of Creditors 341(a) meeting to be held on 10/14/2020 at South Central 341 Mtg Teleconference Line. (fsl) (EOD: 09/15/2020) |
| 09/15/2020 | | Trustee/USTR's Resignation of Trustee and Appointment of Successor Trustee, Philip G. Jones tr filed by Trustee/USTR. Involvement of Michael F. Thomson Terminated. 341 Meeting requested. (Newman tr, David) (EOD: 09/15/2020) |

| | | |
|---|---|---|
| 09/12/2020 | [11](#) (5 pgs) | Certificate of Service Re: Order. (related document(s):[8](#) Order on Motion for Examination) Notice Date 09/12/2020. (Admin.) (EOD: 09/12/2020) |
| 09/12/2020 | [10](#) (6 pgs) | 341 Meeting Notice (see image for details) and BNC Certificate of Service. (related document(s): Notice of Meeting of Creditors Chapter 7 No Asset) Notice Date 09/12/2020. (Admin.) (EOD: 09/12/2020) |
| 09/11/2020 | [9](#) (20 pgs) | Notice (related document(s):[4](#) Motion for Examination Under Rule 2004 filed by Creditor Unbuilt TIC Owners) *of Unbuilt TIC Owners' Subpoena for Production of Documents from and Examination of Christopher J. Asby, Jordan S. Nelson, and Scott W. Beynon Purusant to Fed. R Bankr. P. 2004* Filed by Unbuilt TIC Owners. (Lambert, Reid) (EOD: 09/11/2020) |
| 09/10/2020 | [8](#) (4 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # [4](#)). Person or Entity Being Examined: Rockwell, Asby, Nelson and Beynon (fsl) (EOD: 09/10/2020) |
| 09/10/2020 | | Rescheduled Notice of Meeting of Creditors 341(a) meeting to be held on 10/8/2020 at Central 341 Mtg Teleconference Line. (jtt) (EOD: 09/10/2020) |
| 09/08/2020 | [7](#) (11 pgs) | Amended Statement of Financial Affairs. *Dated September 8, 2020*. Filed by Rockwell Debt Free Properties, Inc. (Diaz, Andres') (EOD: 09/08/2020) |
| 09/04/2020 | [6](#) (3 pgs) | Notice of Appearance and Request for Notice. Filed by Wesley Felix. (Felix, Wesley) (EOD: 09/04/2020) |
| 09/04/2020 | | Trustee/USTR's Resignation of Trustee and Appointment of Successor Trustee, Michael F. Thomson filed by Trustee/USTR. Involvement of Elizabeth R. Loveridge tr Terminated. 341 Meeting requested. (Newman tr, David) (EOD: 09/04/2020) |
| 09/03/2020 | [5](#) (4 pgs) | Pending Order (Ex Parte) Re: [4](#) Motion for Examination Under Rule 2004. (Lambert, Reid) [Order# 401022] (EOD: 09/03/2020) |
| 09/03/2020 | [4](#) (5 pgs) | Ex Parte Motion for Examination Under Rule 2004 Filed by Unbuilt TIC Owners. (Lambert, Reid) Modified on 9/4/2020 (fsl). (EOD: 09/03/2020) |
| 09/03/2020 | [3](#) (4 pgs) | Notice of Appearance and Request for Notice. Filed by Unbuilt TIC Owners. (Lambert, Reid) (EOD: 09/03/2020) |
| 09/02/2020 | | Receipt of Filing Fee for Voluntary Petition (Chapter 7)(20-25326) [misc,volp7a] ( 335.00). Receipt Number 23929470, Amount $ 335.00 (Re: Doc# [1](#)). (U.S. Treasury) (EOD: 09/02/2020) |
| 09/02/2020 | | Meeting of Creditors & Notice of Appointment of Interim Trustee Elizabeth Loveridge tr, with 341(a) meeting to be held on 10/06/2020 at 405 South Main. (EOD: 09/02/2020) |
| 09/02/2020 | [2](#) (35 pgs) | Statement of Financial Affairs and Schedules Filed by Rockwell Debt Free Properties, Inc. (Diaz, Andres') (EOD: 09/02/2020) |

| 09/02/2020 | | Creditor(s) uploaded (77 creditors). (Diaz, Andres') (EOD: 09/02/2020) |
|---|---|---|
| 09/02/2020 | 1 (6 pgs) | Chapter 7 Voluntary Petition. Filed by Rockwell Debt Free Properties, Inc. (Diaz, Andres') (EOD: 09/02/2020) |

<table>
<tr><td colspan="4" align="center"><strong>PACER Service Center</strong></td></tr>
<tr><td colspan="4" align="center"><strong>Transaction Receipt</strong></td></tr>
<tr><td colspan="4" align="center">06/19/2025 19:29:49</td></tr>
<tr><td><strong>PACER Login:</strong></td><td>rqnebeker</td><td><strong>Client Code:</strong></td><td>79-99999</td></tr>
<tr><td><strong>Description:</strong></td><td>Docket Report</td><td><strong>Search Criteria:</strong></td><td>20-25326 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included</td></tr>
<tr><td><strong>Billable Pages:</strong></td><td>17</td><td><strong>Cost:</strong></td><td>1.70</td></tr>
</table>