Fill in this Information to identify the case:

Debtor 1     Rockwell Debt Free Properties
             First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name          Last Name

**United States Bankruptcy Court for the District of Utah**

Case number: 20-25326

FILED* US Bankruptcy Court-UT
FEB 26 2026 PM1:20

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

**1. Claim Information**

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $1,164.12 |
| Claimant's Name: | Adams & Cohen, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | P O Box 2784<br>Auburn, AL 36831<br>Tel.: 334-246-0642<br>Email: admin@adamscohen.com |

**2. Applicant Information**

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐    Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑    Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐    Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐    Applicant is a representative of the deceased Claimant's estate.

**3. Supporting Documentation**

☑    Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☑  Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042 at attached a Certificate of Service to this application.

Office of the United States Attorney
for the District of Utah
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111

| **5. Applicant Declaration** | **5. Co-Applicant Declaration (if applicable)** |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 2/19-26 | Date: |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Jairo Camargo, Managing Member of Adams & Cohen, LLC | |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address: P O Box 2784<br>Auburn, AL 36831 | Address: |
| Telephone: 334-246-0642 | Telephone: |
| Email: admin@adamscohen.com | Email: |

**6. Notarization**

STATE OF Alabama

COUNTY OF Tallapoosa

This Application for Unclaimed Funds, dated February 19, 2026 was subscribed and sworn to before me this 18th day of February, 2026 _____ by

Jairo Camargo

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)  Notary Public _____

My commission expires: March 21, 2028

**6. Notarization**

STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_ _____ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)  Notary Public _____

My commission expires:

LF 3011-1 (12/19)          Application for Payment of Unclaimed Funds          Page 2

| Fill in this Information to identify the | | |
|---|---|---|
| Debtor 1 | Rockwell Debt Free Properties | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) First Name    Middle Name    Last Name | | |

**United States Bankruptcy Court for the District of Utah**

Case number: 18-21367

## NOTICE OF OBJECTION DEADLINE

**PLEASE TAKE NOTICE** that the attached Application to Pay Unclaimed Funds has been filed with the United States Bankruptcy Court for the District of Utah.

**Right to Object**. Any party in interest who objects to the Application for Payment of Unclaimed Funds being sought in this Application must, within twenty-one (21) days of the mailing of this Application, file an objection or other appropriate response to this Application with the:

**United States Bankruptcy Court**
**District of Utah**
Room 301
350 South Main Street
Salt Lake City, UT 84101

## CERTIFICATE OF SERVICE BY MAIL OR OTHER MEANS

I hereby certify that on 2-19-26 (date), I caused to be served a true and correct copy of the foregoing Application for Payment of Unclaimed Funds and all attachments as follows:

| | |
|---|---|
| **Office of the United States Attorney** **District of Utah** 111 South Main Street, Suite 1800 Salt Lake City, UT 84111 Steven R Bailey, U S Trustee P O Box 1828 Layton, UT 84101 | ☑ **By Mail: First–class U.S. mail, postage pre-paid** ☐ **By Hand Delivery** ☐ **By Other Means (Describe):** _____ _____ _____ |

LF 3011-1 (12/19)        Application for Payment of Unclaimed Funds        Page 3

**Debtor**

Name: Rockwell Debt Free Properties

Address: 8494 South 700 East, Suite 200

Sandy, UT 84070

_____

☑ **By Mail: First–class U.S. mail, postage pre-paid**
☐ **By Hand Delivery**
☐ **By Other Means (Describe):**

_____

_____

_____

---

**Debtor's Attorney**

Name: Andres Diaz

Address: 757 East South Temple, Suite 201

Salt Lake City, UT 84102

_____

☑ **By Mail: First–class U.S. mail, postage pre-paid**
☐ **By Hand Delivery**
☐ **By Other Means (Describe):**

_____

_____

_____

---

**If Claimant is not the original creditor or payee, the Individual or Entity for whom the funds were deposited:** U S Trustee

Name: Emilia Bondar for E & H Jackson, LLC

Address: 2652 Cropsey Avenue, Apt. 8F

Broolyn, NY 11214

☑ **By Mail: First–class U.S. mail, postage pre-paid**
☐ **By Hand Delivery**
☐ **By Other Means (Describe):**

_____

_____

_____

---

Dated this 19th Day of FEBRUARY, 2026.

_____
Signature

Jairo Camargo for Adams & Cohen, LLC
Printed Name

---

### Privacy Policy

Applicant shall redact only the following personal data identifiers from the Application and any supporting documentation attached to the Application before filing such documents: (i) all but the last four digits of a social security number or a tax ID number; (ii) all names of minor children (use minors' initials); (iii) all but the last four digits of any bank, savings, or similar account numbers; and (iv) all birth date information except the year.

***The responsibility for redacting personal data identifiers rests solely with the filing party.***

## ASSIGNMENT

This Assignment Agreement ("Agreement") is entered into on the 10 day of February, 2026 by and between **Emilia Bondar, Managing Member of E & H Jackson, LLC,** 2652 Cropsey Avenue, Apt. 8F, Brooklyn, NY 11214 ("Assignor") and **Adams & Cohen, LLC,** an Alabama LLC, 2100 Southbridge Pkwy, Suite 650, Birmingham, AL 35209 ("Assignee").

1. Assignor is/ was a debtor/ creditor in Bankruptcy Case 20-25326 Debtor (s) Rockwell Debt Free Properties filed in the United States Bankruptcy Court District of Utah ("Bankruptcy Case"). In his/ her capacity as debtor/ creditor, Assignor was entitled to a distribution of funds in the amount of $1,164.12 ("Funds"), remittance was attempted By the Trustee at the Assignor's last known address. Such remittance was never negotiated however and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee remitted the funds to the Clerk of the Court for payment on to the Registry of Unclaimed Funds. Such Funds are subject to withdrawal as provided by 28 U.S.C. 2042.

2. Rather than attempting to collect the Funds- and in an effort to both save the expense of such a collection, as well as to expedite the liquidating of their interest in the Funds- Assignor desires to legally assign his/ her interest in such Funds and Assignee desires to purchase and obtain such interest in the Funds. Therefore, with both parties being of sound mind, and operating in the manner in which they deem to be in their mutual best interest, Assignor shall convey all rights, title and interest that Assignor has in the Funds and the Claim which generated same, and Assignee shall purchase all rights, title and interest that Assignor has in the funds and such Claim as generated same.

3. For Good and valuable consideration, the Assignor does hereby irrevocably transfer and assign to Assignee and assigns, all of his/ her rights, title and interest to Assignee in reference to this Claim/ Funds.

4. **Consideration**: The consideration herein given by Assignee to Assignor shall be the sum of $800.12, which sum shall be remitted to Assignor. A check will be issue to the Assignor for the above stated amount once this claim is approved.

5. This assignment shall be deemed an absolute and unconditional assignment of Claim for the purpose of collection and satisfaction shall not be deemed to create a security interest.

6. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part, to any party.

7. Assignor hereby irrevocably appoints Assignee, Adams & Cohen, LLC, as its true and lawful attorney-in-fact to act in Assignor's stead with respect to the Claim/ Funds assigned.

8. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEHEOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the above Date of this Agreement.

ASSIGNOR: Emilia Bondar

Signature: Emilia Bondar

ASSIGNEE: Jairo Camargo for Adams & Cohen, LLC

Signature: Jairo Camargo

Sworn and subscribed before me on this 10 day of February, 2026

Notary Public

Sworn and subscribed before me on this day of February, 2026

Notary Public

Jackie M. Yeung-Tom
Notary Public, State of New York
Registration No. 01YE6270138
Qualified in Kings County
Commission Expires 10/15/2028

# ADAMS & COHEN

## <u>NOTICE OF ASSIGNMENT</u>

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned, **Emilia Bondar, Managing Member of E & H Jackson, LLC** ("Assignor") hereby assigns, conveys, and transfers over and unto Adams & Cohen, LLC ("Assignee"), any and all of right, title, and interest in and to the below reference claim/ funds:

The Assigned claim/ funds:

| | |
|---|---|
| Court: | U.S. Bankruptcy Court District of Utah |
| Debtor(s); | Rockwell Debt Free Properties |
| Case Number: | 20-25326 |
| Claim #: | 26 |

CLAIM IS ASSIGN "AS IS", WHERE IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANT ABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of: 02/10/2026

Signature: Emilia Bondar

Jairo Camargo

Sworn and subscribed before me on this 10 day of February, 2026

Notary Public

Jackie M. Yeung-Tom
Notary Public, State of New York
Registration No. 01YE6270138
Qualified in Kings County
Commission Expires 10/15/2028

Sworn and Subscribed before me on this 19th day of February, 2026.

Notary Public

2100 Southbridge Parkway, Suite 650
Birmingham, AL 35209
Email admin@adamscohen.com

Tel 334.246.0642
Fax 888.978.2226
Text Number 305.788.9772

# **CORPORATE AUTHORITY**

**KNOW ALL MEN BY THESE PRESENTS,** that I,

     **Emilia Bondar, Managing Member of E & H Jackson, LLC** acting on its behalf hereby state that as such, I am authorized to seek recovery of the unclaimed, undistributed, or undelivered tenders of funds belonging to **E & H Jackson, LLC** held by the United States, by a state or local municipality, or by an agency or instrumentality of either.

**E & H Jackson, LLC was a Florida corporation incorporated on April 26, 2018, and was dissolved on February 1, 2021.**

Signed this __10__ day of __February__ 2026.

By __Emilia Bondar__
        Emilia Bondar

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor 1</td><td>Rockwell Debt Free Properties, Inc.</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:  District of Utah</td></tr>
<tr><td>Case number</td><td>20-25326</td></tr>
</table>

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

### Part 1:    Identify the Claim

**1. Who is the current creditor?**

E & H Jackson, LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor   Emilia Bondar and Tiberich Egrovich

**2. Has this claim been acquired from someone else?**

☑ No

☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Reid W. Lambert, Attorney for Unbuilt TIC's
Name

102 South 200 East, STE 800
Number       Street

Salt Lake City          UT          84111
City                State          ZIP Code

Contact phone  801-532-7080

Contact email  rlambert@strongandhanni.com

Where should payments to the creditor be sent? (if different)

Emilia Bondar and Tiberich Egrovich
Name

2652 Cropsey Ave, Apt #8F
Number       Street

Brooklyn          NY          11214
City              State          ZIP Code

Contact phone  718-996-6925

Contact email  ebondar@msn.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No

☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No

☐ Yes.  Who made the earlier filing? _____

OnlineWebEvent@dos.state.fl.us <OnlineWebEvent@dos.state.fl.us>
Wed 2/3/2021 8:38 AM
To: EBONDAR@MSN.COM <EBONDAR@MSN.COM>

📎 1 attachments (184 KB)
COS-L18000105311.pdf;

Re:  Document Number L18000105311

The Articles of Dissolution, dissolving E&H JACKSON LLC, a Florida
limited liability company, were filed on February 01, 2021, effective
February 01, 2021.

The certification you requested is attached.

Should you have any questions regarding this matter, please telephone
(850) 245-6051, the Registration Section.

Division of Corporations


Letter Number:  200359308312-020321-L18000105311

**FLORIDA DEPARTMENT OF STATE**
**DIVISION OF CORPORATIONS**

**(Step 3 of 3) Thank you for your payment.**

Please print this receipt and keep it for your records.

E & H Jackson, LLC

Company Dissolved ——

2/01/21

| | |
|---|---|
| Tracking Number : | 200359308312 |
| Document Number : | L18000105311 |
| Payment Amount: | $25.00 |
| Receipt Number: | 3798098905 |
| Transaction Date: | 02/01/2021 01:58 PM |
| Payment Type: | VISA |
| Account Number: | *8420 |